**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>*Defendants.* | No.: 1:26-cv-11581-IT |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

As reflected in the attached affidavit, Plaintiffs have served the United States of America in accordance with Fed. R. Civ. P. 4(i)(1) and have served Defendants Donald J. Trump, in his official capacity as President of the United States; United States Department of Justice; Todd Blanche, in his official capacity as Acting U.S. Attorney General; United States Department of Homeland Security; Markwayne Mullin, in his official capacity as Secretary for the Department of Homeland Security; United States Social Security Administration; Frank Bisignano, in his official capacity as Commissioner of the U.S. Social Security Administration; United States Postal Service; David Steiner, in his official capacity as Postmaster General and Chief Executive Officer of the Postal Service; Doug Tulino, in his official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service, and Member of the Postal Service Board of Governors; Amber McReynolds, in her official capacity as Chair of the Postal Service Board of Governors; Derek T. Kan, in his official capacity as Vice Chairman of the Postal Service Board of Governors; Ronald Stroman, in his official capacity as a Member of the Postal Service Board of Governors; and Daniel Tangherlini, in his official

capacity as a Member of the Postal Service Board of Governors, in accordance with Fed. R. Civ. P. 4(i)(2).

Accordingly, all Defendants have been served with a Summons and a copy of the Complaint.

April 7, 2026

Respectfully submitted,

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

*/s/ Jak Kundl*
Jak Kundl (BBO No. 713951)
*Assistant Attorney General*
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 727-2200
Jak.kundl@mass.gov