**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>*Defendants.* | 1:26-cv-11581-IT |

**DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS**

I hereby declare as follows:

1. I am over the age of eighteen and am not a party to this litigation.

2. I received summonses directed to defendants Donald J. Trump, in his official capacity as President of the United States; United States Department of Justice; Todd Blanche, in his official capacity as Acting U.S. Attorney General; United States Department of Homeland Security; Markwayne Mullin, in his official capacity as Secretary for the Department of Homeland Security; United States Social Security Administration; Frank Bisignano, in his official capacity as Commissioner of the U.S. Social Security Administration; United States Postal Service; David Steiner, in his official capacity as Postmaster General and Chief Executive Officer of the Postal Service; Doug Tulino, in his official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service, and Member of the Postal Service Board of Governors; Amber McReynolds, in her official capacity as Chair of the Postal Service Board of Governors; Derek T. Kan, in his official capacity as Vice Chairman of the Postal Service Board of Governors; Ronald Stroman, in his official capacity as a Member of the Postal

Service Board of Governors; and Daniel Tangherlini, in his official capacity as a Member of the Postal Service Board of Governors.

3. On 4-6-26, I sent copies of the summonses described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 1 and attachments), via certified mail, to:

| | **Summons Directed To:** | **Summons and Complaint Mailed To:** |
|---|---|---|
| 1 | Donald J. Trump<br>President of the United States of America | Donald J. Trump<br>U.S. President<br>1600 Pennsylvania Ave., N.W.<br>Washington, D.C. 20500 |
| 2 | United States Department of Justice | United States Dept. of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530 |
| 3 | Todd Blanche<br>Acting United States Attorney General | Todd Blanche<br>Acting U.S. Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530 |
| 4 | United States Department of Homeland Security | U.S. Department of Homeland Security<br>Office of the General Counsel<br>2707 Martin Luther King Jr. Ave., S.E.<br>Washington, D.C. 20528-0485 |
| 5 | Markwayne Mullin<br>Secretary for the Department of Homeland Security | Markwayne Mullin<br>Office of the General Counsel<br>U.S. Department of Homeland Security<br>2707 Martin Luther King Jr. Ave., S.E.<br>Washington, D.C. 20528-0485 |
| 6 | United States Social Security Administration | U.S. Social Security Administration<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Blvd.<br>Baltimore, MD 21235 |

| | | |
|---|---|---|
| 7 | Frank Bisignano<br>Commissioner, U.S. Social Security Administration | Frank Bisignano<br>Commissioner, U.S. SSA<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Blvd.<br>Baltimore, MD 21235 |
| 8 | United States Postal Services | U.S. Postal Service<br>Office of the General Counsel<br>475 L'Enfant Plaza SW<br>Washington D.C. 20260 |
| 9 | David Steiner<br>Postmaster General<br>Chief Executive Officer of the Postal Service | David Steiner<br>U.S. Postal Service<br>Office of the General Counsel<br>475 L'Enfant Plaza SW<br>Washington D.C. 20260 |
| 10 | Doug Tulino<br>Deputy Postmaster General<br>Chief Operating Officer and Chief Human Resources Officer of the Postal Service<br>Member of the Postal Service Board of Governors | Doug Tulino<br>U.S. Postal Service<br>Office of the General Counsel<br>475 L'Enfant Plaza SW<br>Washington D.C. 20260 |
| 11 | Amber McReynolds<br>Chair of the Postal Service Board of Governors | Amber McReynolds<br>U.S. Postal Service<br>Office of the General Counsel<br>475 L'Enfant Plaza SW<br>Washington D.C. 20260 |
| 12 | Derek T. Kan<br>Chairman of the Postal Service Board of Governors | Derek T. Kan<br>U.S. Postal Service<br>Office of the General Counsel<br>475 L'Enfant Plaza SW<br>Washington D.C. 20260 |
| 13 | Ronald Stroman<br>Member of the Postal Service Board of Governors | Ronald Stroman<br>U.S. Postal Service<br>Office of the General Counsel<br>475 L'Enfant Plaza SW<br>Washington D.C. 20260 |
| 14 | Daniel Tangherlini<br>Member of the Postal Service Board of Governors | Daniel Tangherlini<br>U.S. Postal Service<br>Office of the General Counsel<br>475 L'Enfant Plaza SW<br>Washington D.C. 20260 |

4. Additionally, on 4-6-26, I sent copies of the summonses for all parties described in paragraph 2, along with copies of the Complaint (Dkt. No. 1 and attachments), via certified mail, to:

| | |
|---|---|
| Attorney General of the United States | Attorney General of the United States<br>Assistant Attorney General for Administration<br>U.S. Dept. of Justice<br>Justice Management Division<br>950 Pennsylvania Ave., N.W.<br>Room 1111<br>Washington, D.C. 20530 |

5. Additionally, on 4-6-26, I ordered in-hand delivery of copies of the summonses for all parties described in paragraph 2, along with copies of the Complaint (Dkt. No. 1 and attachments), via courier, to:

| | |
|---|---|
| Office of the United States Attorney for the District of Massachusetts | Office of the United States Attorney for the District of Massachusetts<br>Civil-Process Clerk<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210 |

I declared under penalty of perjury that the foregoing is true and correct.

April 6, 2026
Date

[signature]
Signature

Donald F Brooker Jr.
Printed Name