**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 1:26-cv-11581-IT |

**MOTION TO WITHDRAW MOTION FOR LEAVE TO APPEAR PRO HAC VICE FOR ADMISSION OF BRIAN BILFORD, LUKE FREEDMAN, JOEL MARRERO, MICHAEL NEWMAN, DANIEL SHEEHAN, AND ALYSSA ZHANG (ECF No. 13)**

I, Jak Kundl, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, respectfully moves to withdraw the Motion for Leave to Appear *Pro Hac Vice* for Admission of Brian Bilford, Luke Freedman, Joel Marrero, Michael Newman, Daniel Sheehan, and Alyssa Zhang (ECF No. 13), filed on April 7, 2026. I inadvertently filed this motion on the wrong docket.

WHEREFORE, I respectfully request that the Court grant this motion to withdraw the Motion for Leave to Appear *Pro Hac Vice* for Admission of Brian Bilford, Luke Freedman, Joel Marrero, Michael Newman, Daniel Sheehan, and Alyssa Zhang (ECF No. 13).

April 9, 2026

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ *Jak Kundl*

Jak Kundl (BBO No. 713951)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
jak.kundl@mass.gov

*Counsel for the Commonwealth
  of Massachusetts*

April 9, 2026