**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.; <br><br> Defendants. | C.A. No. 1:26-cv-11581-IT |

**JOINT MOTION FOR DISPOSITIVE MOTION BRIEFING SCHEDULE AND**
**HEARING DATE, OR IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION**
**MOTION BRIEFING SCHEDULE AND HEARING DATE**

Pursuant to District of Massachusetts Local Rules 7.1 and 16.1(f), and in accordance with this Court's model proposed scheduling order, counsel for plaintiffs and defendants have met and conferred and hereby jointly propose that this Court adopt the dispositive motion briefing and hearing schedule reflected in **Exhibit A** to this motion. In addition, for the reasons set forth below, the Plaintiff States also respectfully request that the Court issue a decision on the motions **by mid-June 2026**. Finally, if the Court is not inclined to adopt the parties' briefing schedule and Plaintiff States' additional request for a mid-June decision, Plaintiff States intend to move for a preliminary injunction and request in the alternative that the Court instead enter a preliminary-injunction briefing schedule in the form attached to the motion as **Exhibit B**.

**Plaintiff States' Statement.** Plaintiff States are of the view that expedited summary judgment is the preferred path to achieve certainty and finality for all parties and conserve the Court's resources. In addition to an expedited briefing schedule, Plaintiff States also respectfully request

1

that the Court issue a ruling on the cross motions **by mid-June 2026**. Plaintiff States are charged with administering upcoming primary elections and the General Election, and face fast-approaching deadlines to ensure that (1) mail ballot materials are contracted for, prepared, and timely sent to voters, (2) systematic voter-list maintenance concludes by the federal deadline, and (3) voters in their States are able to cast their ballots and have those ballots counted in an orderly and fair process. The executive order at issue in this matter has profound consequences for Plaintiff States' administration of these and other election procedures, with impacts that will sharpen as preparations for the November 2026 elections, which already are underway, intensify. The executive order also contemplates that federal agencies will move quickly to begin implementation, with the first deadline for USPS action falling on May 30. Executive Order 14399, *Ensuring Citizenship Verification and Integrity in Elections*, 91 Fed. Reg. 17125, § 3(b) (Mar. 31, 2026). Other deadlines in the executive order will quickly follow. *See, e.g.*, § 2(a) (June 29, 2026, deadline for DHS Secretary to establish infrastructure necessary to compile, maintain, and transmit "state citizenship lists"); § 3(d) (deadline of July 29, 2026, for USPS to issue a final rule); § 3(b)(ii) (deadline of August 5, 2026, which is 90 days prior to the November General Election, for States to notify USPS that they "intend[] to allow for mail-in or absentee ballots to be transmitted by USPS[,]" including whether States will thereafter submit lists of voters "eligible to vote in a Federal election" to USPS).

Accordingly, Plaintiff States' view is that expedited summary judgment and a decision by mid-June 2026 remains the best path to prompt and efficient resolution and to secure the certainty that they need as administrators of the November 2026 General Election. But to the extent that the Court is not inclined to adopt this schedule, Plaintiff States request that the Court instead adopt a

preliminary-injunction briefing schedule with Plaintiff States' opening brief to be filed on April 24, 2026, so that Plaintiff States can secure timely interim relief.

**Defendants' Statement.**  Defendants do not oppose the proposed schedule set forth in Exhibit A and agree that resolving this case in a single round of cross dispositive-motions briefing is the most efficient path forward.  That said, Defendants do not agree that the Executive Order will impose concrete effects on Plaintiffs, if at all, on the timetable that Plaintiffs have indicated above, and respectfully disagree with Plaintiffs' characterization of the Executive Order set forth above. Defendants defer to the Court as to the timing of a decision in this case, and the need for any oral argument.

**Joint Statement.**  Accordingly, to facilitate a prompt resolution and certainty for all parties, as well as to conserve judicial resources, the parties respectfully propose the following schedule and that the Court enter an order in the form attached as **Exhibit A** to this motion. In the alternative, if the Court is unable to accommodate the jointly requested schedule, Plaintiff States request that the Court enter an order in the form attached as **Exhibit B** to this motion, as Plaintiff States intend to move for a preliminary injunction.

### Joint Proposal for Briefing, Argument, and Decision Schedule
### (Plaintiffs' Summary Judgment and Defendants' Dispositive Motion)

1.  If the Court is inclined to adopt the jointly proposed schedule, Plaintiff States intend to move for summary judgment with respect to all counts of the complaint, ECF No 1.  Defendants also intend to file a dispositive motion.  With respect to Plaintiff States' anticipated summary-judgment motion and Defendants' anticipated dispositive motion, the parties propose the following briefing schedule and hearing date:

| Event | Deadline | Page Limit |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | April 23, 2026 at 11pm EDT | 35 pages |

| Defendants' Combined Motion to Dismiss, Cross-Motion for Summary Judgment, and Opposition to Plaintiffs' Motion for Summary Judgment | May 7, 2026 at 11pm EDT | 45 pages |
|---|---|---|
| Plaintiffs' Combined Opposition to Defendants' Cross-Motion and Reply in Support of the Motion for Summary Judgment | May 14, 2026 at 11pm EDT | 35 pages |
| Defendants' Reply in Support of the Cross-Motion | May 22, 2026 at 11pm EDT | 25 pages |
| Oral argument (if necessary) | May 27, May 28, June 1, June 2, or June 3 | |
| Requested decision on the motions | Plaintiffs respectfully request the Court issue a decision on the motions by mid-June. Defendants take no position on that request. | |

2.   In order to facilitate a streamlined resolution on the merits, the parties agree and propose to waive discovery and to waive presentation of any administrative record if an expedited summary judgment schedule is adopted.

**Plaintiff States' Alternative Proposed Schedule for a Preliminary Injunction**

3. In the alternative, if the Court is not inclined to adopt the requested dispositive motions schedule and decision timeline, Plaintiff States intend to move for a preliminary injunction.  In that scenario, Plaintiffs propose the following preliminary-injunction briefing schedule, attached to this motion as **Exhibit B**:

| Event | Deadline | Page Limit |
|---|---|---|
| Plaintiffs' Motion for a Preliminary Injunction | April 24, 2026 at 11pm EDT | 35 pages |
| Defendants' Opposition | May 8, 2026 at 11pm EDT | 35 pages |
| Plaintiffs' Reply in Support of the Motion | May 15, 2026 at 11pm EDT | 25 pages |

| Oral argument (if helpful to the Court) | May 22, 2026 (or as soon thereafter as counsel may be heard) | |

## CONCLUSION

The parties respectfully request that the Court grant this motion for a dispositive motion briefing and hearing schedule and enter the proposed order attached to this motion as **Exhibit A**. If the Court is not inclined to adopt the dispositive motions schedule, Plaintiff States request that the Court enter the order attached to this motion as **Exhibit B.**

Dated: April 13, 2026

Respectfully submitted.

**ROB BONTA**
Attorney General of California

By: */s/ Anne P. Bellows*
Anne P. Bellows*
   *Deputy Attorney General*
Thomas S. Patterson*
   *Senior Assistant Attorney General*
Seth E. Goldstein*
   *Supervising Deputy Attorney General*
Michael S. Cohen*
Malcolm A. Brudigam*
Robert William Setrakian*
   *Deputy Attorneys General*
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
(916) 210-6090
michael.cohen@doj.ca.gov
Seth.Goldstein@doj.ca.gov
Anne.Bellows@doj.ca.gov
Malcolm.Brudigam@doj.ca.gov
William.Setrakian@doj.ca.gov

*Counsel for the State of California*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ Vanessa A. Arslanian*
M. Patrick Moore (BBO No. 670323)
   *First Assistant Attorney General*
Vanessa A. Arslanian (BBO No. 688099)
   *State Trial Counsel*
Jared B. Cohen (BBO No. 689217)
Jak Kundl (BBO No. 713951)
   *Assistant Attorneys General*
One Ashburton Place
Boston, MA 02108
(617) 963-2107
vanessa.arslanian@mass.gov
Pat.Moore@mass.gov
Jared.B.Cohen@mass.gov
Jak.Kundl@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**AARON FORD**
Attorney General of Nevada

By: */s/ K. Brunetti Ireland*
K. Brunetti Ireland*
   *Chief of Special Litigation*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
KIreland@ag.nv.gov

*Counsel for the State of Nevada*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ Tera M. Heintz*
Tera M. Heintz*
Cristina Sepe*
Karl D. Smith*
   *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov
karl.smith@atg.wa.gov

*Counsel for the State of Washington*

*(additional counsel on following page)*

6

**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Kara Karlson*
Kara Karlson*
Karen J. Hartman-Tellez*
Joshua M. Whitaker*
Syreeta Tyrell*
    *Assistant Attorneys General*
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-8118

*Counsel for the State of Arizona*


**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
    *Solicitor General*
Peter Baumann*
    *Senior Assistant Attorney General*
1300 Broadway
Denver, Colorado 80203
(720) 508-6400

*Counsel for the State of Colorado*


**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Maura Murphy*
Maura Murphy*
    *Deputy Associate Attorney General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020

*Counsel for the State of Connecticut*


**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson*
    *Assistant Attorney General*
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6584

*Counsel for the State of Maryland*


**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston*
    *Director of Impact Litigation*
Vanessa L. Kassab*
    *Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

*Counsel for the State of Delaware*


**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Erik Grill*
    *Assistant Attorneys General*
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659

*Counsel for the State of Michigan*

7

**BRIAL L. SCHWALB**
Attorney General of the District of Columbia


By: */s/ Eliza H. Simon*
Eliza H. Simon*
     *Senior Counsel*
400 6th St. NW
Washington, D.C. 20001
(202) 741-5221


*Counsel for the District of Columbia*


**KEITH ELLISON**
Attorney General for the State of Minnesota


By: */s/ Allen Cook Barr*
Allen Cook Barr*
     *Assistant Attorney General*
Lindsey E. Middlecamp*
     *Special Counsel*
445 Minnesota Street, Suite 600
St. Paul, MN, 55101
(651) 300-0711


*Counsel for the State of Minnesota*


**KWAME RAOUL**
Attorney General for the State of Illinois


By: */s/ Vikas Didwania*
Vikas Didwania*
     *Complex Litigation Counsel*
Alex Hemmer*
     *Deputy Solicitor General*
Holly F.B. Berlin*
     *Assistant Attorney General*
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526


*Counsel for the State of Illinois*


**JENNIFER DAVENPORT**
Attorney General of New Jersey


By: */s/ Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
Joshua P. Bohn*
     *Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276


*Counsel for the State of New Jersey*


**AARON M. FREY**
Attorney General for the State of Maine


By: */s/ Katherine W. Thompson*
Katherine W. Thompson*
     *Special Counsel*
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800


*Counsel for the State of Maine*


**RAÚL TORREZ**
Attorney General of New Mexico


By: */s/ James W. Grayson*
James W. Grayson*
     *Chief Deputy Attorney General*
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060


*Counsel for the State of New Mexico*

8

**LETITIA JAMES**
Attorney General of New York


By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
   *Special Trial Counsel*
Rabia Muqaddam*
   *Chief Counsel, Federal Initiatives*
28 Liberty Street
New York, NY 10005
(212) 416-6046


*Counsel for the State of New York*


**CHARITY R. CLARK**
Attorney General for the State of Vermont


By: */s/ Ryan P. Kane*
Ryan P. Kane*
   *Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153


*Counsel for the State of Vermont*


**JEFF JACKSON**
Attorney General of North Carolina


Laura Howard
Chief Deputy Attorney General


By: */s/ Daniel P. Mosteller*
Daniel P. Mosteller*
   *Associate Deputy Attorney General*
114 W. Edenton Street
Raleigh, NC 27603


*Counsel for the State of North Carolina*


**JAY JONES**
Attorney General for the Commonwealth of Virginia


By: */s/ Tillman J. Breckenridge*
Tillman J. Breckenridge*
   *Solicitor General*
202 North Ninth Street
Richmond, VA 23219


*Counsel for the Commonwealth of Virginia*


**DAN RAYFIELD**
Attorney General, State of Oregon


By: */s/ Thomas H. Castelli*
Thomas H. Castelli*
   *Special Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880


*Counsel for the State of Oregon*


**PETER F. NERONHA**
Attorney General of Rhode Island


By: */s/ Kyla Duffy*
Kyla Duffy*
   *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400


*Counsel for the State of Rhode Island*


9

**JOSHUA L. KAUL**
Attorney General for the State of
Wisconsin


By: */s/ Lynn Lodahl*
Lynn Lodahl*
    *Assistant Attorney General*
17 West Main Street
Madison, WI 53707-7857
(608) 264-6219


*Counsel for the State of Wisconsin*

**JOSH SHAPIRO**
Governor of the Commonwealth of Pennsylvania


By: */s/ Michael J. Fischer*
Michael J. Fischer*
Charlotte Gibson*
    *Executive Deputy General Counsel*
Jacob B. Boyer*
    *Deputy General Counsel*
30 North Third Street, Suite 200
Harrisburg, PA 17101
(717) 831-2847


*Counsel for the Governor of the Commonwealth
of Pennsylvania*


BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*


*Admitted pro hac vice*

## **7.1 CERTIFICATION**

I, Anne P. Bellows, hereby certify that counsel for Plaintiff States conferred with counsel for Defendants via virtual conference on April 9, 2026.  The joint motion reflects the common ground the parties were able to reach as a result of that meet and confer.

Dated:  April 13, 2026

*/s/ Anne P. Bellows*
Anne P. Bellows
Deputy Attorney General
*Counsel for the State of California*

## **CERTIFICATE OF SERVICE**

I, Anne P. Bellows, hereby certify that I served a true copy of the above document upon all counsel of record via this Court's electronic filing system.

Dated:  April 13, 2026

*/s/ Anne P. Bellows*
Anne P. Bellows
Deputy Attorney General
*Counsel for the State of California*

11