# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.;<br><br>Defendants. | C.A. No. 1:26-cv-11581-IT |

**[PROPOSED] SCHEDULING ORDER**

The Court has considered the parties' joint motion for a scheduling order and other relief of April 13, 2026.  It is hereby

**ORDERED** that the parties shall file dispositive motions according to the following schedule:

| Event | Deadline | Page Limit |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | April 23, 2026 at 11pm EDT | 35 pages |
| Defendants' Combined Motion to Dismiss, Cross-Motion for Summary Judgment, and Opposition to Plaintiffs' Motion for Summary Judgment | May 7, 2026 at 11pm EDT | 45 pages |
| Plaintiffs' Combined Opposition to Defendants' Cross-Motion and Reply in Support of the Motion for Summary Judgment | May 14, 2026 at 11pm EDT | 35 pages |
| Defendants' Reply in Support of the Cross-Motion | May 22, 2026 at 11pm EDT | 25 pages |

It is further **ORDERED** that a hearing on the motions will be held on ____, 2026, at __ [PM/AM].

**SO ORDERED.**

_____
Judge Indira Talwani
United States District Judge