# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.; <br><br> Defendants. | C.A. No. 1:26-cv-11581-IT |

**[PROPOSED] SCHEDULING ORDER**

The Court has considered the parties' joint motion for a scheduling order and other relief of April 13, 2026.  It is hereby

**ORDERED** that the briefing deadlines related to Plaintiff States' anticipated motion for preliminary injunction shall be according to the following schedule:

| Event | Deadline | Page Limit |
|---|---|---|
| Plaintiffs' Motion for a Preliminary Injunction | April 24, 2026 at 11pm EDT | 35 pages |
| Defendants' Opposition | May 8, 2026 at 11pm EDT | 35 pages |
| Plaintiffs' Reply in Support of the Motion | May 15, 2026 at 11pm EDT | 25 pages |

It is further **ORDERED** that a hearing on the motion will be held on ____, 2026, at __ [PM/AM].

**SO ORDERED.**

              _____

Judge Indira Talwani
United States District Judge