IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, *in his official capacity
as President of the United States*, et al.;

Defendants.

C.A. No. 1:26-cv-11581-IT

## [~~PROPOSED~~] SCHEDULING ORDER

The Court has considered the parties' joint motion for a scheduling order and other relief of April 13, 2026. It is hereby

**ORDERED** that the parties shall file dispositive motions according to the following schedule:

| Event | Deadline | Page Limit |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | April 23, 2026 at 11pm EDT | ~~35~~ pages 30 *at* |
| Defendants' Combined Motion to Dismiss, Cross-Motion for Summary Judgment, and Opposition to Plaintiffs' Motion for Summary Judgment | May 7, 2026 at 11pm EDT | ~~45~~ pages 40 *at* |
| Plaintiffs' Combined Opposition to Defendants' Cross-Motion and Reply in Support of the Motion for Summary Judgment | May 14, 2026 at 11pm EDT | ~~35~~ pages 30 *at* |
| Defendants' Reply in Support of the Cross-Motion | May 22, 2026 at 11pm EDT | ~~25~~ pages 20 *at* |

It is further **ORDERED** that a hearing on the motions will be held on *June* 2, 2026, at 10:00 [PM/AM]. *in Courtroom 9.*

**SO ORDERED.**

*Judge Indira Talwani*
Judge Indira Talwani
United States District Judge

*April 14, 2026*