**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>         Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity<br>as President of the United States, *et al.*,<br><br>         Defendants. | Case No. 1:26-cv-11581-IT |

**DEFENDANTS' MOTION TO TRANSFER**

On March 31, 2026, President Donald J. Trump issued an Executive Order entitled "Ensuring Citizenship Verification and Integrity in Federal Elections." *See* Exec. Order 14,399, 91 Fed. Reg. 17125 (Mar. 31, 2026). Plaintiffs in this action represent twenty-one states, two commonwealths, and the District of Columbia ("Plaintiffs") who challenge various provisions of the Executive Order. Three cases that challenge the same Executive Order are already pending in the U.S. District Court for the District of Columbia. Because of their commonalities, the D.D.C. cases were consolidated ("D.D.C. Consolidated Cases.").

Defendants respectfully move this Court to transfer this case to the United States District Court for the District of Columbia.

In support of this Motion, Defendants respectfully refer the Court to their Memorandum of Law, filed herewith.

Dated: April 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
FL Bar No. 1041279
  *Senior Trial Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
  *Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*

## Local Rule 7.1 Certification

I hereby certify that I conferred with counsel for Plaintiffs prior to the filing of this motion, pursuant to Local Rule 7.1(a)(2). I was unable to resolve or narrow the issues for review. Plaintiffs are opposed to this motion.

/s/ *Esam K. Al-Shareffi*
ESAM K. AL-SHAREFFI