UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | * | |
| LEAGUE OF WOMEN VOTERS | * | |
| OF MASSACHUSETTS, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:26-cv-11549-IT |
| | * | |
| DONALD J. TRUMP, in his official | * | |
| capacity as President of the United States, | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

|  |  |  |
|---|---|---|
| | * | |
| STATE OF CALIFORNIA, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:26-cv-11581-IT |
| | * | |
| DONALD J. TRUMP, in his official capacity | * | |
| as President of the United States, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

April 17, 2026

TALWANI, D.J.

In State of California, et al. v. Donald J. Trump, et al., 26-cv-11581, Plaintiffs' civil cover sheet stated that the case is related to the earlier-filed League of Women Voters of Massachusetts, et al. v. Donald J. Trump, et al., 26-cv-11549, because "some of the defendants in the two cases are the same[,]" and "the cases involve the same or substantially similar issues of fact and/or arise out of the same occurrence, specifically, President Trump's issuance of Executive Order

14399, *Ensuring Citizenship Verification and Integrity in Federal Elections*, on March 31, 2026."
Accordingly, the Clerk assigned the later-filed case to this session pursuant to Local Rule 40.1(g)(8).

After the court entered a Scheduling Order in <u>State of California</u>, the parties in <u>League of Women Voters of Massachusetts</u> filed a proposed briefing and hearing schedule that "conforms to the schedule" entered in <u>State of California</u>, noting that the case is "about the same Executive Order at issue here."

Upon the court's initial review of the Complaints in these two cases, it appears that the cases "involve . . . common question[s] of law or fact[.]" Fed. R. Civ. Proc. 42(a). After conferring, counsel in the two cases shall file, no later than April 21, 2026, a Joint Statement regarding whether the court should consolidate the two actions. The Joint Statement shall include any proposed modifications to the Scheduling Order entered in <u>State of California</u> and the proposed schedule submitted in <u>League of Women Voters of Massachusetts</u> as to the deadlines, page limits, and hearing dates following the anticipated April 23, 2026 filings.

IT IS SO ORDERED.

April 17, 2026                                    /s/ Indira Talwani
                                                 United States District Judge

2