**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:26-cv-11581-IT |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| *Defendants.* | |

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:26-cv-11549-IT |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| *Defendants.* | |

**MEMORANDUM IN SUPPORT OF THE INTERVENER STATES' MOTION TO
TRANSFER**

The States of Alabama, Florida, Indiana, Kansas, Louisiana, Missouri, Montana, Nebraska, Oklahoma, South Carolina, South Dakota, and Texas (the "Intervener States") move to intervene in the above captioned cases, *League of Women Voters of Massachusetts v. Trump*, No. 26- cv-11549 (D. Mass. Apr. 2, 2026) ("LWVM Case") and *State of California v. Trump*, No. 26-cv11581 (D. Mass. Apr. 3, 2026) ("California Case"), and with that motion, attach their motion to transfer these actions to the United States District Court for the District of Columbia.  In both the California and LWVM Cases, Defendants also filed motions requesting the same transfer.  LWVM Case, ECF No. 19; California Case, ECF No. 55.  The Intervener States agree that the interests of sound judicial economy, avoidance of possibly conflicting orders, and promotion of inter-district comity all warrant application of the "first-to-file" rule and transfer of both cases to the D.C. District Court where *DSCC v. Trump*, No. 26-cv-1114-CJN ("DSCC Case"), the lead D.C. case about Executive Order 14,399 (the "Executive Order"), was filed on April 1, 2026.

Where, as here, the overlap between the California Case, the LWVM Case, and their D.C. counterparts are "nearly complete," "the usual practice [in this Circuit] is for the court where the case was first filed to resolve the issues, and the other court to defer by either staying, transferring, or dismissing the action." *Thakkar v. United States*, 389 F. Supp. 3d 160, 170 (D. Mass. 2019).  This is the proper recourse here.  First, the defendants in the DSCC Case are nearly identical to those in the LWVM and California Cases.  *See id.* at 170-71 ("In addition to determining which suit was filed first, courts will examine the similarity of the parties involved … in deciding whether the first-to-file rule should apply.").  Second, California, LWVM, and the other D.C. cases challenging the Executive Order concern the constitutionality and validity of Executive Order and seek the same relief with nearly identical legal arguments.  *See id.* ("In addition to determining which suit was filed first, courts will examine … the similarity of the issues in deciding whether

the first-to-file rule should apply.").  Finally, the interests of sound judicial economy and inter-district comity also support transfer because doing so will avoid duplicative filings in this District and in the District of Columbia, wasted judicial and party resources, and the risk of inconsistent rulings.  *See Coady v. Ashcraft & Gerel*, 223 F.3d 1, 11 (1st Cir. 2000) (explaining that a "principal concern" behind the "first-filed rule" is "preventing duplication of effort and incompatible rulings").

For the foregoing reasons, this case should be transferred to the United States District Court for the District of Columbia pursuant to the "first-to-file" rule.

Date: April 21, 2026                                        Respectfully submitted,

**STEVE MARSHALL**                              **CATHERINE L. HANAWAY**
ALABAMA ATTORNEY GENERAL                       MISSOURI ATTORNEY GENERAL

*/s/ A. Barrett Bowdre*                        */s/ Louis J. Capozzi III*
A. Barrett Bowdre*                             Louis J. Capozzi III, DC Bar No. 90018764*
  *Solicitor General*                            *Solicitor General*
STATE OF ALABAMA                               J. Michael Patton*
OFFICE OF THE ATTORNEY GENERAL                   *Deputy Solicitor General*
501 Washington Avenue                          Benjamin S. Gilberg*
Montgomery, Alabama 36104                        *Deputy Solicitor General*
Telephone: (334) 353-8892                      Missouri Attorney General's Office
Fax: (334) 353-8400                            815 Olive Street, Suite 200
Barrett.Bowdre@AlabamaAG.gov                   St. Louis, MO 63101
                                               Tel. (573) 645-9662
                                               Fax (573) 751-0774
                                               Louis.Capozzi@ago.mo.gov
                                               Michael.Patton@ago.mo.gov
                                               Benjamin.Gilberg@ago.mo.gov

**JAMES UTHMEIER**                              **THEODORE E. ROKITA**
FLORIDA ATTORNEY GENERAL                       INDIANA ATTORNEY GENERAL

*/s/ David M.S. Dewhirst*                       /s/ *James A. Barta*
David M.S. Dewhirst*                           James. A Barta, DC Bar No. 1032613*
  *Solicitor General*                            *Solicitor General*
Jason J. Muehlhoff*                            Office of the Indiana Attorney General
  *Chief Deputy Solicitor General*            302 W. Washington Street
Office of the Attorney General                 IGC South, Fifth Floor
PL-01, The Capitol                             Indianapolis, IN 46204-2770
Tallahassee, FL 32399-1050                     Phone: (317) 232-0709
(850) 414-3300                                 Fax: (317) 232-7979
david.dewhirst@myfloridalegal.com              James.Barta@atg.in.gov
jason.muehlhoff@myfloridalegal.com

**KRIS W. KOBACH**
KANSAS ATTORNEY GENERAL

*/s/ James R. Rodriguez*
James R. Rodriguez*
*Assistant Attorney General*
Kansas Office of the Attorney General
Topeka, Kansas 66612
Phone: (785) 368-8197
jay.rodriguez@ag.ks.gov


**AUSTIN KNUDSEN**
MONTANA ATTORNEY GENERAL

*/s/ Christian B. Corrigan*
Christian B. Corrigan*
 *Solicitor General*
Montana Department of Justice
215 N. Sanders Helena, MT 59601
(406) 444-2707 (o)
Christian.Corrigan@mt.gov


**GENTER DRUMMOND**
OKLAHOMA ATTORNEY GENERAL

*/s/ Garry M. Gaskins, II*
Garry M. Gaskins, II*
 *Solicitor General*
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov


**ELIZABETH B. MURRILL**
LOUISIANA ATTORNEY GENERAL

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga*
 *Solicitor General*
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov


**MICHAEL T. HILGERS**
NEBRASKA ATTORNEY GENERAL

/s/ *Cody S. Barnett*
Cody S. Barnett*
 *Solicitor General*
Nebraska Department of Justice
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Tel.: (402) 471-2683
Fax: (402) 471-3297
cody.barnett@nebraska.gov


**ALAN WILSON**
SOUTH CAROLINA ATTORNEY GENERAL

*/s/ Joseph D. Spate*
Joseph D. Spate*
 *Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
Tel. (803) 734-3371
Fax (803) 734-3677
josephspate@scag.gov

**MARTY J. JACKLEY**
SOUTH DAKOTA ATTORNEY GENERAL

/s/ *Grant Flynn*
Grant Flynn*
  *Assistant Attorney General*
South Dakota Office of the Attorney General
1302 East SD Highway 1889,
Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Email: grant.flynn@state.sd.us


/s/ *Ian D. Prior*
Ian D. Prior (Bar No. 655704)
America First Legal Foundation
611 Pennsylvania Ave S.E. No. 231
Washington, D.C. 20003
(410) 205-9681
ian.prior@aflegal.org



*\* Pro hac vice forthcoming*

**KEN PAXTON**
TEXAS ATTORNEY GENERAL

s/ *David Bryant*
David Bryant*
  *Senior Special Counsel*
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
david.bryant@oag.texas.gov


<u>**CERTIFICATE OF SERVICE**</u>

I certify that on April 21, 2026, the above was filed electronically through the Court's electronic filing system to be served electronically on counsel for the parties.

/s/ *Louis J. Capozzi III*