IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, et al., <br><br> *Defendants.* | C.A. No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*, <br><br> *Defendants.* | C.A. No. 1:26-cv-11581-IT |

**JOINT STATEMENT**

As directed by the Court's order dated April 17, 2026 (ECF No. 63), the parties in *State of California, et al. v Donald J. Trump, et al.*, C.A. No. 1:26-cv-11581 ("*State of California*") and *League of Women Voters of Massachusetts, et al.*, C.A. No. 1:26-cv-11549 ("*League of Women Voters of Massachusetts*") submit this joint statement setting forth their positions regarding (1) whether the Court should consolidate the two actions and (2) any proposed modifications to the Scheduling Order entered in *State of California* (ECF No. 39) and proposed schedule submitted in *League of Women Voters of Massachusetts* (ECF No. 18) as to deadlines, page limits, and hearing dates following the plaintiffs' anticipated April 23, 2026 filings.

1

I.       *State of California* Plaintiffs[1]

The *State of California* plaintiffs (Plaintiff States) do not in principle oppose consolidation and generally are amenable to coordinating the cases to the extent practicable and for the convenience of the Court, so long as consolidation does not delay resolution of the case nor impair Plaintiff States's ability to adequately represent the 24 state-entity plaintiffs.

With respect to the Scheduling Order in *State of California* (ECF No. 39), Plaintiffs States do not propose any modifications.  Plaintiff States oppose any delay of the deadlines set forth in the Scheduling Order, and especially any delay of the June 2, 2026, hearing on Plaintiff States's motion for summary judgment.  With respect to briefing, in light of Plaintiff States's need to present argument on behalf of 24 different state entities which are significantly differently situated from the *League of Women Voters of Massachusetts* plaintiffs, Plaintiff States oppose combined briefing with the *League of Women Voters of Massachusetts* plaintiffs.  Separate briefs are necessary for Plaintiff States to adequately address their unique status and harms resulting from the EO, their claims challenging provisions of the EO not challenged by the *League of Women Voters* plaintiffs (e.g., the 5-year record preservation standard in section 5), and in light of the different procedural postures of the cases.

Plaintiff States understand that, in the event of consolidation, Defendants would request being permitted to file consolidated briefs in response to plaintiffs' briefing with page limits of 70 pages for their principal brief and 35 pages for their reply brief.  Plaintiff States do not oppose affording

---

[1] Plaintiffs in *State of California* are the State of California; Commonwealth of Massachusetts; State of Nevada; State of Washington; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; District of Columbia; State of Illinois; State of Maine; State of Maryland; State of Michigan; State of Minnesota; State of New Jersey; State of New Mexico; State of New York; State of North Carolina; State of Oregon; State of Rhode Island; State of Vermont; Commonwealth of Virginia; State of Wisconsin; and Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania.

Defendants combined briefing and the requested extended page limits in response to both sets of plaintiffs' briefing.

Plaintiff States take no position with respect to the proposed scheduling order submitted in *League of Women Voters of Massachusetts* (ECF No. 18).  Plaintiff States understand that in the event of consolidation, the *League of Women Voters of Massachusetts* plaintiffs would request that their second brief opposing Defendants' Combined Motion to Dismiss, Motion for Summary Judgment, and Opposition to Motion for Preliminary Injunction, and Reply in support of their Motion for a Preliminary Injunction be moved from May 14, 2026 to May 11, 2026, and that the Court schedule a preliminary-injunction motion hearing date before the June 2, 2026 hearing. Plaintiff States take no position on this request.

Plaintiff States do not oppose holding a single hearing on motions in both cases so long as doing so would not delay Plaintiff States's June 2, 2026, summary-judgment hearing date.

## II.    *League of Women Voters of Massachusetts* **Plaintiffs**[2]

The *League* Plaintiffs are amenable to consolidation with the *California* matter with the understanding that each set of Plaintiffs will continue to have their own briefs and opportunity to participate in hearings throughout the proceedings. The *League* Plaintiffs do not oppose Defendants' request to file combined briefs addressing both the *League* and *California* claims, with page limits of 70 pages and 35 pages respectively, as set out below.

As to the briefing schedule, the *League* Plaintiffs continue to believe that pursuing a preliminary injunction is necessary to preserve the status quo, given that they are already facing

---

[2] Plaintiffs in *League of Women Voters of Massachusetts* are the League of Women Voters of Massachusetts; League of Women Voters Lotte E. Scharfman Memorial Education Fund; League of Women Voters of the United States; League of Women Voters Education Fund; Association of American Residents Overseas; U.S. Vote Foundation; OCA-Asian Pacific American Advocates; and Delta Sigma Theta Sorority, Inc.

irreparable harm due to the Executive Order. As such, the *League* Plaintiffs respectfully request that the Court hold an earlier hearing on its preliminary injunction motion before the June 2 hearing, while maintaining the June 2 hearing for the dispositive motions. If the Court is willing to hold a hearing on the *League* Plaintiffs' motion for preliminary injunction before June 2, then the *League* Plaintiffs would seek the expedite the briefing schedule as follows:

- April 23 by 11 pm EDT: *League* Plaintiffs file their preliminary injunction motion, with the brief limited to **30 pages**.

- May 7 by 11 pm EDT: Defendants file their combined opposition to the *League* and *California* Plaintiffs' motions and their motion to dismiss/motion for summary judgment, with the brief limited to **70 pages**.

- May 11 by 11 pm EDT: *League* Plaintiffs file their reply brief in support of their preliminary injunction motion and opposition to Defendants' motion to dismiss/motion for summary judgment, limited to **30 pages**.

- May 14, or as soon as possible thereafter: Hearing on *League* Plaintiffs' motion for preliminary injunction.

- May 22 by 11 pm EDT: Defendants' combined reply brief in support of their motion to dismiss/motion for summary judgment, limited to **35 pages**.

- June 2 at 10 am EDT: Hearing on *California* Motion for Summary Judgment and Defendants' Motions (*League* Plaintiffs would also participate to oppose Defendants' motion on their claims).

If the Court would prefer to hear argument on the *League* Plaintiffs' preliminary injunction motion at the same time as the dispositive motions on June 2, then the *League* Plaintiffs propose that the Court keep the briefing schedule reflected in *League* ECF No. 18 (reflecting Plaintiffs' opposition and reply would be due on May 14 instead of May 11).

The *League* Plaintiffs' alternative proposal for an earlier hearing does not prejudice the rights of the Plaintiff States to seek summary judgment nor the rights of Defendants to seek dismissal or summary judgment on the current schedule and for the Court to decide those motions

4

in due course. And Defendants' briefing deadlines would remain unchanged, as would the June 2 hearing on the dispositive motions.

### III.    Federal Defendants (Both Actions)[3]

The United States supports consolidation of the above-captioned matters.  Consistent with the schedules that are already in place, *see California* ECF No. 39 (or, in *League of Women Voters*, that the parties have already proposed, *see League of Women Voters* ECF No. 18), if consolidation is granted, in light of the expected overlap among Plaintiffs' briefs, the United States requests leave to file one combined opening brief (not to exceed 70 pages) on or before 11 PM on May 7, and one combined reply brief (not to exceed 35 pages) on or before 11 PM on May 22.  Defendants' understanding is that Plaintiffs do not oppose that request.

Separately, the Plaintiffs in *League of Women Voters* continue to press for a separate, earlier hearing on their motion for a preliminary injunction.  The parties already addressed that issue in a prior filing, and Defendants continue to oppose it for the reasons stated in *League of Women Voters* ECF No. 18, on the grounds that it would be both inefficient and prejudicial.  In addition, Defendants note that this request for a separate hearing makes even less sense now that all parties support consolidation -- as holding a second, earlier hearing on only one motion (in only one of these two cases) would wipe out much of the efficiency gains that would otherwise stem from consolidation, for both Defendants and the Court.

---

[3] Defendants in both actions are the same, except that the Attorney General of the United States, the U.S. Department of Justice, the Secretary of Commerce and the U.S. Department of Commerce are defendants in *State of California*, but not in *League of Women Voters of Massachusetts*; and that the Postal Service Board of Governors is a defendant in *League of Women Voters of Massachusetts*, but not in *State of California*.

Accordingly, to summarize, Defendants propose the following briefing schedule (which is consistent with the existing schedule in *California* and the schedule previously set forth in the parties' joint motion in *League of Women Voters*):

- April 23 by 11 pm EDT: *League* Plaintiffs file their preliminary injunction motion, with the brief limited to **30 pages**. *California* Plaintiffs file their motion for summary judgment, with the brief limited to **30 pages**.

- May 7 by 11 pm EDT: Defendants file their combined opposition to the *League* and *California* Plaintiffs' motions and their motion to dismiss/motion for summary judgment, with the brief limited to **70 pages**.

- May 14 by 11 pm EDT: *League* Plaintiffs file their reply brief in support of their preliminary injunction motion and opposition to Defendants' motion to dismiss/motion for summary judgment, limited to **30 pages**. *California* Plaintiffs file their reply brief in support of their motion for summary judgment and opposition to Defendants' motion to dismiss/motion for summary judgment, limited to **30 pages**.

- May 22 by 11 pm EDT: Defendants' combined reply brief in support of their motion to dismiss/motion for summary judgment, limited to **35 pages**.

- June 2 at 10 am EDT: Hearing on *League* Motion for Preliminary Injunction, *California* Motion for Summary Judgment, and Defendants' Motions.

Dated: April 21, 2026

Respectfully submitted.

**ROB BONTA**
Attorney General of California

By: */s/ Michael S. Cohen*
Michael S. Cohen*
 *Deputy Attorney General*
Thomas S. Patterson*
 *Senior Assistant Attorney General*
Seth E. Goldstein*
 *Supervising Deputy Attorney General*
Anne P. Bellows*
Kevin L. Quade*
Malcolm A. Brudigam*
Robert William Setrakian*
 *Deputy Attorneys General*
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
(916) 210-6090
Michael.Cohen@doj.ca.gov
Seth.Goldstein@doj.ca.gov
Anne.Bellows@doj.ca.gov
Kevin.Quade@doj.ca.gov
Malcolm.Brudigam@doj.ca.gov
William.Setrakian@doj.ca.gov

*Counsel for the State of California*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ Vanessa A. Arslanian*
M. Patrick Moore (BBO No. 670323)
 *First Assistant Attorney General*
Vanessa A. Arslanian (BBO No. 688099)
 *State Trial Counsel*
Jared B. Cohen (BBO No. 689217)
Jak Kundl (BBO No. 713951)
 *Assistant Attorneys General*
One Ashburton Place
Boston, MA 02108
(617) 963-2107
Vanessa.Arslanian@mass.gov
Pat.Moore@mass.gov
Jared.B.Cohen@mass.gov
Jak.Kundl@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**AARON FORD**
Attorney General of Nevada

By: */s/ K. Brunetti Ireland*

K. Brunetti Ireland*
 *Chief of Special Litigation*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
KIreland@ag.nv.gov

*Counsel for the State of Nevada*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ Tera M. Heintz*
Tera M. Heintz*
Cristina Sepe*
Karl D. Smith*
 *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov
karl.smith@atg.wa.gov

*(additional counsel on following page)*

*Counsel for the State of Washington*

**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Kara Karlson*
Kara Karlson*
Karen J. Hartman-Tellez*
Joshua M. Whitaker*
Syreeta Tyrell*
    *Assistant Attorneys General*
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-8118

*Counsel for the State of Arizona*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Maura Murphy*
Maura Murphy*
    *Deputy Associate Attorney General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020


*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston*
    *Director of Impact Litigation*
Vanessa L. Kassab*
    *Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899


*Counsel for the State of Delaware*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
    *Solicitor General*
Peter Baumann*
    *Senior Assistant Attorney General*
1300 Broadway
Denver, Colorado 80203
(720) 508-6400

*Counsel for the State of Colorado*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson*
    *Assistant Attorney General*
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6584


*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Erik Grill*
    *Assistant Attorneys General*
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659

*Counsel for the State of Michigan*


*(additional counsel on following page)*

8

**BRIAN L. SCHWALB**
Attorney General of the District of Columbia

By: */s/ Eliza H. Simon*
Eliza H. Simon*
   *Senior Counsel*
400 6th St. NW
Washington, D.C. 20001
(202) 741-5221

*Counsel for the District of Columbia*

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Vikas Didwania*
Vikas Didwania*
   *Complex Litigation Counsel*
Alex Hemmer*
   *Deputy Solicitor General*
Holly F.B. Berlin*
   *Assistant Attorney General*
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526

*Counsel for the State of Illinois*

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Katherine W. Thompson*
Katherine W. Thompson*
   *Special Counsel*
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800

*Counsel for the State of Maine*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Allen Cook Barr*
Allen Cook Barr*
   *Assistant Attorney General*
Lindsey E. Middlecamp*
   *Special Counsel*
445 Minnesota Street, Suite 600
St. Paul, MN, 55101
(651) 300-0711

*Counsel for the State of Minnesota*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
Joshua P. Bohn*
   *Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Bailey Colfax*
Bailey Colfax*
   *Assistant Attorney General*
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060

*Counsel for the State of New Mexico*

*(additional counsel on following page)*

9

**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
   *Special Trial Counsel*
Rabia Muqaddam*
   *Chief Counsel, Federal Initiatives*
28 Liberty Street
New York, NY 10005
(212) 416-6046

*Counsel for the State of New York*


**JEFF JACKSON**
Attorney General of North Carolina

Laura Howard
Chief Deputy Attorney General

By: */s/ Daniel P. Mosteller*
Daniel P. Mosteller*
   *Associate Deputy Attorney General*
114 W. Edenton Street
Raleigh, NC 27603

*Counsel for the State of North Carolina*


**DAN RAYFIELD**
Attorney General, State of Oregon

By: */s/ Thomas H. Castelli*
Thomas H. Castelli*
   *Special Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880

*Counsel for the State of Oregon*


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
   *Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153

*Counsel for the State of Vermont*


**JAY JONES**
Attorney General for the Commonwealth of Virginia

By: */s/ Tillman J. Breckenridge*
Tillman J. Breckenridge*
   *Solicitor General*
202 North Ninth Street
Richmond, VA 23219

*Counsel for the Commonwealth of Virginia*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Kyla Duffy*
Kyla Duffy*
   Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
*Counsel for the State of Rhode Island*


*(additional counsel on following page)*

10

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Lynn Lodahl*
Lynn Lodahl*
    *Assistant Attorney General*
17 West Main Street
Madison, WI 53707-7857
(608) 264-6219

*Counsel for the State of Wisconsin*

**JOSH SHAPIRO**
Governor of the Commonwealth of Pennsylvania

By: */s/ Michael J. Fischer*
Michael J. Fischer*
Jacob B. Boyer*
    *Deputy General Counsel*
30 North Third Street, Suite 200
Harrisburg, PA 17101
(717) 831-2847

*Counsel for the Governor of the Commonwealth of Pennsylvania*

*(additional counsel on following page)*

*Counsel for the League Plaintiffs*

Sophia Lin Lakin**
Theresa J. Lee**
Davin Rosborough**
Ethan Herenstein**
Jonathan Topaz**
Ming Cheung**
William Hughes**
Clayton Pierce**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org
tlee@aclu.org
drosborough@aclu.org
eherenstein@aclu.org
jtopaz@aclu.org
mcheung@aclu.org
whughes@aclu.org
cpierce@aclu.org

Sarah Brannon**
Adriel I. Cepeda Derieux**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20001
(740) 632-0671
sbrannon@aclu.org
acepedaderieux@aclu.org

Leah C. Aden*
Brenda Wright*
John S. Cusick*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
bwright@naacpldf.org
jcusick@naacpldf.org

*/s/ Suzanne Schlossberg*
Jessie J. Rossman (BBO #670685)
Suzanne Schlossberg (BBO #703914)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
sschlossberg@aclum.org

Eliza Sweren-Becker*
Wendy Weiser*
Andrew Garber*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
sweren-beckere@brennan.law.nyu.edu
weiserw@brennan.law.nyu.edu
garbera@brennan.law.nyu.edu

Justin Lam*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
777 6th St. NW, Ste. 1100
Washington, DC 20001
(202) 249-7190
lamju@brennan.law.nyu.edu

Niyati Shah*
Noah Baron*
Ejaz Baluch, Jr.*
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
(202) 296-2300
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org
ebaluch@advancingjustice-aajc.org

I. Sara Rohani*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
srohani@naacpldf.org

Miranda Galindo*
LATINO JUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
mgalindo@latinojustice.org

*Application for admission pro hac vice
pending

** Admitted pro hac vice

Counsel for Plaintiffs League of Women
Voters of Massachusetts, League of Women
Voters Lotte E. Scharfman Memorial
Education Fund, League of Women Voters of
the United States, League of Women Voters
Education Fund, Association of Americans
Resident Overseas, U.S. Vote Foundation,
OCA-Asian Pacific American Advocates, and
Delta Sigma Theta Sorority, Inc.

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
  Senior Trial Counsel (FL Bar No. 1041279)
ESAM K. AL-SHAREFFI
  Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

Counsel for Defendants