UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 1:26-cv-11549-IT |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | * * * * * | |
| Defendants. | * * * | |
| STATE OF CALIFORNIA, et al., | * * | |
| Plaintiffs, | * * * | |
| v. | * * | Civil Action No. 1:26-cv-11581-IT |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | * * * | |
| Defendants. | * * | |

ORDER

April 22, 2026

TALWANI, D.J.

On review of the parties' April 21, 2026 Joint Statement, the court orders the

consolidation pursuant to Fed. R. Civ. P. 42(a) of League of Women Voters of Massachusetts, et

al. v. Donald J. Trump, et al., 26-cv-11549, and State of California, et al. v. Donald J. Trump, et

al., 26-cv-11581, for hearing on the motions identified in the Joint Statement. The court adopts

the following briefing schedule, which is consistent with the previously adopted schedule in

State of California and the proposed schedule in League of Women Voters:

| Event | Deadline | Page Limit |
|---|---|---|
| Plaintiff States' Motion for Summary Judgment | April 23, 2026, at 11 p.m. EDT | 30 pages |
| Plaintiff League of Women Voters' Motion for a Preliminary Injunction | April 23, 2026, at 11 p.m. EDT | 30 pages |
| Defendants' Combined Opposition to Plaintiff States' Motion for Summary Judgment and Plaintiff League of Women Voters' Motion for Preliminary Injunction and Cross-Motion to Dismiss and for Summary Judgment | May 7, 2026, at 11 p.m. EDT | 70 pages |
| Plaintiff States' Combined Opposition to Defendants' Motion for Summary Judgment and Motion to Dismiss and Reply in Support of Motion for Summary Judgment | May 14, 2026, at 11 p.m. EDT | 30 pages |
| Plaintiff League of Women Voters' Combined Opposition to Defendants' Motion for Summary Judgment and Motion to Dismiss and Reply in Support of Motion for a Preliminary Injunction | May 14, 2026, at 11 p.m. EDT | 30 pages |
| Defendants' Reply in Support of Motion for Summary Judgment and Motion to Dismiss | May 22, 2026, at 11 p.m. EDT | 35 pages |

Defendants' filings shall include the caption of both cases and be filed on the docket of both cases. A hearing on the motions will be held on June 2, 2026, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

April 22, 2026

/s/ Indira Talwani
United States District Judge

2