**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, et al., <br><br> *Defendants.* | Civil Action No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA; et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*, <br><br> *Defendants*. | Civil Action No. 1:26-cv-11581-IT |

**NOTICE REGARDING PLAINTIFF STATES' POSITION ON MOTION TO
INTERVENE (ECF No. 73)**

Plaintiff States in *State of California, et al. v. Donald J. Trump, et al.*, C.A. No. 1:26-cv-11581-IT, submit this notice to advise the Court of their intent to file an opposition to the Motion to Intervene (Doc. Nos. 73–74) filed by the States of Missouri, Alabama, Florida, Indiana, Kansas, Louisiana, Montana, Nebraska, Oklahoma, South Carolina, and Texas ("putative intervenors") on or before **Tuesday, April 28, 2026**.

1.      On Saturday, April 18, 2026, at 10:17 p.m. ET, counsel for the putative intervenors sent an email to counsel for the parties stating their intention to move to intervene by Monday,

April 20, 2026, at 6 p.m. and, "[p]er Local Rule 7.1," attached a draft motion to intervene and memorandum in support of the motion and requested the parties' position on the motion.

2.    Putative intervenor's motion to intervene (Doc. No. 73), filed on April 21, 2026, included Plaintiff States' responsive statement: "Plaintiff States have not had adequate time to confirm a position on the motion to intervene but will promptly advise the parties and the Court of their position and reserve the right to oppose the motion.  Plaintiff States would also consent to the filing of a timely amicus brief."  Doc. No. 73, at 6.

3.    Plaintiff States hereby confirm that they intend to file an opposition to the putative intervenors' motion to intervene on or before Tuesday, April 28, 2026, or as otherwise ordered by the Court.

4.    In addition, in the putative intervenors' email requesting a position on the motion to intervene, putative intervenors stated that they were attaching (and did attach) a draft motion to transfer and memorandum in support of the motion to their email, although they did not specifically request to conference that motion pursuant to Local Rule 7.1.

5.    Plaintiff States nevertheless indicated that they opposed the relief requested in the proposed motion to transfer.  Putative intervenors then filed the proposed motion to transfer, and Plaintiff States' position is indicated in the proposed motion.  Doc. No. 75, at 5.

6.    Plaintiff States continue to oppose the relief requested in the proposed motion (Doc. No. 75), will address the proposed motion in the forthcoming opposition to the motion to intervene, and reserve the right to fully respond to the proposed motion if putative intervenors are granted leave to intervene.

Dated: April 22, 2026                    Respectfully submitted.

**ROB BONTA**                            **ANDREA JOY CAMPBELL**
Attorney General of California           Attorney General of Massachusetts

By: */s/ Michael S. Cohen*               By: */s/ Vanessa A. Arslanian*
Michael S. Cohen*                        M. Patrick Moore (BBO No. 670323)
    *Deputy Attorney General*                *First Assistant Attorney General*
Thomas S. Patterson*                     Vanessa A. Arslanian (BBO No. 688099)
    *Senior Assistant Attorney General*      *State Trial Counsel*
Seth E. Goldstein*                       Jared B. Cohen (BBO No. 689217)
    *Supervising Deputy Attorney General*  Jak Kundl (BBO No. 713951)
Anne P. Bellows*                             *Assistant Attorneys General*
Kevin L. Quade*                          One Ashburton Place
Malcolm A. Brudigam*                     Boston, MA 02108
Robert William Setrakian*                (617) 963-2107
    *Deputy Attorneys General*           Vanessa.Arslanian@mass.gov
1300 I Street, P.O. Box 944255           Pat.Moore@mass.gov
Sacramento, CA 95814                     Jared.B.Cohen@mass.gov
(916) 210-6090                           Jak.Kundl@mass.gov
Michael.Cohen@doj.ca.gov
Seth.Goldstein@doj.ca.gov                *Counsel for the Commonwealth of Massachusetts*
Anne.Bellows@doj.ca.gov
Kevin.Quade@doj.ca.gov
Malcolm.Brudigam@doj.ca.gov
William.Setrakian@doj.ca.gov

*Counsel for the State of California*

**AARON FORD**                           **NICHOLAS W. BROWN**
Attorney General of Nevada               Attorney General of Washington

By: */s/ K. Brunetti Ireland*            By: */s/ Tera M. Heintz*
                                         Tera M. Heintz*
K. Brunetti Ireland*                     Cristina Sepe*
    *Chief of Special Litigation*        Karl D. Smith*
1 State of Nevada Way, Suite 100             *Deputy Solicitors General*
Las Vegas, NV 89119                      1125 Washington Street SE
(702) 486-9246                           PO Box 40100
KIreland@ag.nv.gov                       Olympia, WA 98504-0100
                                         (360) 753-6200
*Counsel for the State of Nevada*        tera.heintz@atg.wa.gov
                                         cristina.sepe@atg.wa.gov
                                         karl.smith@atg.wa.gov

*(additional counsel on following page)*  *Counsel for the State of Washington*

3

**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Kara Karlson*
Kara Karlson*
Karen J. Hartman-Tellez*
Joshua M. Whitaker*
Syreeta Tyrell*
 *Assistant Attorneys General*
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-8118

*Counsel for the State of Arizona*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Maura Murphy*
Maura Murphy*
 *Deputy Associate Attorney General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston*
 *Director of Impact Litigation*
Vanessa L. Kassab*
 *Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

*Counsel for the State of Delaware*

*(additional counsel on following page)*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
 *Solicitor General*
Peter Baumann*
 *Senior Assistant Attorney General*
1300 Broadway
Denver, Colorado 80203
(720) 508-6400

*Counsel for the State of Colorado*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson*
 *Assistant Attorney General*
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6584

*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Erik Grill*
 *Assistant Attorneys General*
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659

*Counsel for the State of Michigan*

4

**BRIAN L. SCHWALB**
Attorney General of the District of Columbia

By: */s/ Eliza H. Simon*
Eliza H. Simon*
   *Senior Counsel*
400 6th St. NW
Washington, D.C. 20001
(202) 741-5221

*Counsel for the District of Columbia*

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Vikas Didwania*
Vikas Didwania*
   *Complex Litigation Counsel*
Alex Hemmer*
   *Deputy Solicitor General*
Holly F.B. Berlin*
   *Assistant Attorney General*
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526

*Counsel for the State of Illinois*

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Katherine W. Thompson*
Katherine W. Thompson*
   *Special Counsel*
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800

*Counsel for the State of Maine*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Allen Cook Barr*
Allen Cook Barr*
   *Assistant Attorney General*
Lindsey E. Middlecamp*
   *Special Counsel*
445 Minnesota Street, Suite 600
St. Paul, MN, 55101
(651) 300-0711

*Counsel for the State of Minnesota*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
Joshua P. Bohn*
   *Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Bailey Colfax*
Bailey Colfax*
   *Assistant Attorney General*
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060

*Counsel for the State of New Mexico*

*(additional counsel on following page)*

5

**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
  *Special Trial Counsel*
Rabia Muqaddam*
  *Chief Counsel, Federal Initiatives*
28 Liberty Street
New York, NY 10005
(212) 416-6046

*Counsel for the State of New York*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
  *Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153

*Counsel for the State of Vermont*

**JEFF JACKSON**
Attorney General of North Carolina

Laura Howard
Chief Deputy Attorney General

By: */s/ Daniel P. Mosteller*
Daniel P. Mosteller*
  *Associate Deputy Attorney General*
114 W. Edenton Street
Raleigh, NC 27603

*Counsel for the State of North Carolina*

**JAY JONES**
Attorney General for the Commonwealth of Virginia

By: */s/ Tillman J. Breckenridge*
Tillman J. Breckenridge*
  *Solicitor General*
202 North Ninth Street
Richmond, VA 23219

*Counsel for the Commonwealth of Virginia*

**DAN RAYFIELD**
Attorney General, State of Oregon

By: */s/ Thomas H. Castelli*
Thomas H. Castelli*
  *Special Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880

*Counsel for the State of Oregon*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Kyla Duffy*
Kyla Duffy*
  *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400

*Counsel for the State of Rhode Island*

*(additional counsel on following page)*

6

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Lynn Lodahl*
Lynn Lodahl*
 *Assistant Attorney General*
17 West Main Street
Madison, WI 53707-7857
(608) 264-6219

*Counsel for the State of Wisconsin*

**JOSH SHAPIRO**
Governor of the Commonwealth of Pennsylvania

By: */s/ Michael J. Fischer*
Michael J. Fischer*
Jacob B. Boyer*
 *Deputy General Counsel*
30 North Third Street, Suite 200
Harrisburg, PA 17101
(717) 831-2847

*Counsel for the Governor of the Commonwealth of Pennsylvania*

*Admitted pro hac vice or pro hac vice applications forthcoming

7