# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)     No. 26-cv-11549-IT<br>)<br>)<br>)<br>)<br>)<br>) |
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)     No. 26-cv-11581-IT<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3, I, Inga S. Bernstein, a member of the bar of this Court and counsel of record for *Amicus Curiae* The Society for the Rule of Law ("SRL"), hereby respectfully move for the admission pro hac vice of Richard D. Bernstein, a member of the bar of the District of Columbia, to serve as counsel for Amicus Curiae The Society for the Rule of Law in this matter.

As set forth in the accompanying certification, Richard D. Bernstein (1) is a member in

good standing of the bar of every jurisdiction to which he has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which he is a member of the bar, (3) has not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit RICHARD D. BERNSTEIN pro hac vice to the bar of this Court.

April 23, 2026

Respectfully submitted,

/s/ Inga S. Bernstein
Inga S. Bernstein
Zalkind Duncan + Bernstein
2 Oliver St #200
Boston, MA 02109
(617) 742-6020
ibernstein@zalkindlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Inga S. Bernstein
Inga S. Bernstein