**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al*., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 26-cv-11549-IT |
| DONALD J. TRUMP, *et al*., | ) ) ) | |
| Defendants. | ) ) | |
| STATE OF CALIFORNIA, *et al*., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 26-cv-11581-IT |
| DONALD J. TRUMP, *et al*., | ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF RICHARD D. BERNSTEIN**

In support of my application for admission *pro hac vice* in this matter, I, Richard D. Bernstein, hereby certify that:

1.    I am Of Counsel for Amicus Curiae The Society for the Rule of Law ("SRL").

2.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the District of Columbia, United States District Court for the District of Columbia, United States Court of Appeals for the District of Columbia, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Seventh Circuit, and the United States Supreme Court.

3.	I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.	I have not previously had pro hac vice admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.	I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

April 23, 2026

/s/ Richard D. Bernstein
Richard D. Bernstein

Richard Bernstein (D.C. Bar 416427)
1875 K Street NW, Suite 100
Washington, DC 20006
(301) 775-2064
rbernsteinlaw@gmail.com