# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, et al.,

       *Plaintiffs,*

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

       *Defendants.*

Case No. 1:26-cv-11581-IT

**DECLARATION OF MICHAEL S. COHEN IN SUPPORT OF PLAINTIFF STATES'
MOTION FOR SUMMARY JUDGMENT**

I, Michael S. Cohen, declare:

1. I am an attorney licensed to practice before all courts of the State of California and admitted pro hac vice in this matter. I am a Deputy Attorney General employed by the Office of the Attorney General for the State of California, and counsel of record for Plaintiff State of California in this matter. I submit this declaration in support of Plaintiff States' Motion for Summary Judgment, filed herewith.

2. Attached as Exhibit A is a true and correct copy of a Truth Social post published by President Donald Trump on August 18, 2025. The post is publicly accessible on the Truth Social website at https://truthsocial.com/@realDonaldTrump/posts/115049485680941254.

3. Attached as Exhibit B is a true and correct copy of a "fact sheet" published by the White House regarding Executive Order number 14399 on March 31, 2026. This fact sheet is publicly accessible on the White House website at https://www.whitehouse.gov/fact-sheets/2026/03/fact-sheet-president-donald-j-trump-ensures-citizenship-verification-and-voter-eligibility-in-federal-elections/.

4. In a February 2, 2026 interview with former Federal Bureau of Investigation Deputy Director Dan Bongino, President Trump stated: "The Republicans should say, 'We want to take over. We should take over the voting—the voting, in at least many—15 places.' The Republicans ought to nationalize the voting." The audio for that interview is available online at https://rumble.com/v756t38-im-back-ep.-2443-02022026.html?e9s=src_v1_ucp_a and the statement quoted above begins at 1:39:22.

5. Attached as Exhibit C is a true and correct copy of the Voter Registration and Voter List Maintenance Fact Sheet posted on the U.S. Customs and Immigration Service (USCIS)

website at https://www.uscis.gov/save/current-user-agencies/guidance/voter-registration-and-voter-list-maintenance-fact-sheet.

6.  Attached as Exhibit D is a true and correct copy of Appendix 1 to the Post Election Audit Report for the 2016 General Election, published by the North Carolina State Board of Elections on April 21, 2017.  The report is publicly accessible on the North Carolina State Board of Elections website at https://www.ncsbe.gov/news/press-releases/2017/04/21/sbe-releases-post-election-report-2016-general-election.

7.  Attached as Exhibit E is a true and correct copy of a report by the U.S. Census Bureau concerning the number of individuals who moved between States between 2021 and 2022.  The report is publicly available on the U.S. Census Burean's website at https://www.census.gov/library/stories/2023/11/state-to-state-migration.html.

8.  Attached as Exhibit F is a true and correct copy of data presented by the USCIS regarding naturalization statistics.  The report is publicly available on the agency's website at https://www.uscis.gov/citizenship-resource-center/naturalization-statistics.

9.  Attached as Exhibit G is a true and correct copy of the 2026–2027 Official Election Mail Guide published by the United States Postal Service.  This report is publicly available on the agency's website at https://about.usps.com/kits/kit600.pdf.

10.  Attached as Exhibit H is a true and correct copy of a 2024 Post-Election Analysis Report published by the United States Postal Service.  This report is publicly available on the agency's website at https://about.usps.com/what/government-services/election-mail/pdf/usps-post-election-report-2024-12-02.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on April 23, 2026, in Sacramento, California.

/s/ Michael S. Cohen
Michael S. Cohen

## CERTIFICATE OF SERVICE

I, Michael S. Cohen, hereby certify that I served a true copy of the above document upon all counsel of record via this Court's electronic filing system.

Dated:  April 23, 2026

/s/ Michael S. Cohen
Michael S. Cohen
Deputy Attorney General
*Counsel for the State of California*