**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, et al.,

*Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

*Defendants.*

Case No. 1:26-cv-11581-IT

**PLAINTIFF STATES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT, DECLARATORY
RELIEF, AND PERMANENT INJUNCTION**

Plaintiff States respectfully request, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of Exhibits A–H attached to the accompanying Declaration of Michael S. Cohen, which are also cited in Plaintiff States' Statement of Undisputed Material Facts.

Under Federal Rule of Evidence 201(b), "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Ev. 201(b); *see also Pietrantoni v. Corcept Therapeutics Inc.*, 640 F. Supp. 3d 197, 204 (D. Mass. 2022). "If a party requests a court to take judicial notice of such a fact and provides it with all of the necessary information, judicial notice must be taken, Fed. R. Evid. 201(c)." *Piper v. Talbots, Inc.*, 507 F. Supp. 3d 339, 343 (D. Mass. 2020) (citing *In re Colonial Mortg. Bankers Corp.*, 324 F.3d 12, 20 (1st Cir. 2003)).

Courts regularly take judicial notice of information from public websites. *See Piper*, 507 F. Supp. 3d at 343 (taking judicial notice of printouts that "emanate from website postings that are publicly accessible and are, thus, readily verifiable through an internet search" and whose authenticity is not contested). Specifically, courts may take judicial notice of factual and statistical information published on governmental websites. *See Gent v. CUNA Mut. Ins. Soc'y*, 611 F.3d 79, 84 n.5 (1st Cir. 2010) (taking judicial notice of factual information on official government website); *Cox v. City of Boston*, 734 F. Supp. 3d 173, 177 n.1 (D. Mass. 2024) (taking judicial notice of factual information published on governmental website "[b]ecause the accuracy of this information (as opposed to editorial judgments and conclusions) 'cannot reasonably be questioned'"). Moreover, courts may take judicial notice of "official public records," *Watterson v. Page*, 987 F.2d 1, 3 (1st Cir. 1993), "generally available government records," *Lussier v. Runyon*, 50 F.3d 1103, 1114 (1st Cir. 1995), and official governmental regulations, *N. Heel Corp. v. Compo Indus., Inc.*, 851 F.2d 456, 468 (1st Cir. 1988).

Cohen Declaration Exhibits A–H are all judicially noticeable because they are available on public government websites or are online posts, and the accuracy of what they say can be readily determined from sources the accuracy of which cannot be questioned.

2

Cohen Declaration Exhibit A, a post on the social network Truth Social dated August 18, 2025, is judicially noticeable because the content of the President's social media statements are statements that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  *United States v. Flynn*, 507 F. Supp. 3d 116, 126 n.6 (D.D.C. 2020) (taking judicial notice of a tweet by President Trump); *Hawaii v. Trump*, 859 F.3d 741, 773 n.14 (9th Cir. 2017), *vacated on other grounds*, 583 U.S. 941 (2017) (same); Exhibit A to the Declaration of Michael S. Cohen, Truth Social Post, Doc. No. 103-1.

Cohen Declaration Exhibit B, a "Fact Sheet" regarding Executive Order No. 14399 dated March 31, 2026, is subject to judicial notice because it is publicly posted on the White House website, and therefore the accuracy of its existence "cannot reasonably be questioned."  Fed. R. Evid. 201; *Pub. Citizen, Inc. v. Trump*, 297 F. Supp. 3d 6 (D.D.C. 2018) ("The Court may take judicial notice of Executive Branch statements and reports"); *see also Cnty. of Santa Clara v. Trump*, 250 F. Supp. 3d 497, 520 & nn.4–7 (N.D. Cal. 2017) (taking notice of federal executive branch officials' press briefings, press conference remarks, and statements in interviews); Cohen Decl. Ex. B, EO Fact Sheet, Doc. No. 103-2.

The interview clip discussed in paragraph 4 of the Cohen Declaration, Doc. No. 103 at 2, from an episode of The Dan Bongino Show dated February 2, 2026, is subject to judicial notice because it is an interview of the President, and the accuracy of the transcription of the statements within can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  *Santa Clara*, 250 F. Supp. 3d at 522 & n.6.

Cohen Declaration Exhibit C, a "Fact Sheet" regarding the SAVE database, is subject to judicial notice because it is factual information published on a governmental website, and what it states cannot reasonably be questioned.  *See Gent*, 611 F.3d at 84 n.5; *Cox*, 734 F. Supp. 3d at 177 n.1; Cohen Decl. Ex. C, SAVE Fact Sheet, Doc. No. 103-3.

Cohen Declaration Exhibit D, a copy of Appendix 1 to the Post Election Audit Report for the 2016 General Election, published by the North Carolina State Board of Elections on April 21, 2017, is subject to judicial notice because it is factual information published on a governmental

website.  *See Gent*, 611 F.3d at 84 n.5; *Cox*, 734 F. Supp. 3d at 177 n.1; Cohen Decl. Ex. D, NC Audit, Doc. No. 103-4.

Cohen Declaration Exhibit E, data regarding State-to-State movers between 2021 and 2022 collected by the U.S. Census Bureau, is subject to judicial notice because it is factual information published on a governmental website.  *See Gent*, 611 F.3d at 84 n.5; *Cox*, 734 F. Supp. 3d at 177 n.1; Cohen Decl. Ex. E, Move Stats, Doc. No. 103-5.

Cohen Declaration Exhibit F, statistics regarding naturalization in fiscal year 2024, is subject to judicial notice because it is factual information published on a governmental website. *See Gent*, 611 F.3d at 84 n.5; *Cox*, 734 F. Supp. 3d at 177 n.1; Cohen Decl. Ex. F, Naturalization, Doc. No. 103-6.

Cohen Declaration Exhibit G, the 2026–2027 Official Election Mail Guide, is subject to judicial notice because it is factual information published on a governmental website, and what it states cannot reasonably be questioned.  *See Gent*, 611 F.3d at 84 n.5; *Cox*, 734 F. Supp. 3d at 177 n.1; Cohen Decl. Ex. G, Official Mail Guide, Doc. No. 103-7.

Cohen Declaration Exhibit H, a 2024 Post-Election Analysis Report published by the United States Postal Service, is subject to judicial notice because it is factual information published on a governmental website, and what it states cannot reasonably be questioned.  *See Gent*, 611 F.3d at 84 n.5; *Cox*, 734 F. Supp. 3d at 177 n.1; Cohen Decl. Ex. H, 2024 Report, Doc. No. 103-8.

Finally, Plaintiff States' Statement of Undisputed Material Facts cites the Federal Register, the official journal of the federal government: 91 Fed. Reg. 17125 (Apr. 6, 2026) (Exec. Order No. 14399, *Ensuring Citizenship Verification and Integrity in Federal Elections*).  The Federal Register is subject to judicial notice.  44 U.S.C. § 1507 ("contents of the Federal Register shall be judicially noticed"); *see also Green v. United States*, 176 F.2d 541, 544 (1st Cir. 1949) (taking judicial notice of Postmaster General regulations posted in Federal Register); *Watterson*, 987 F.2d at 3.

4

5

For these reasons, Plaintiff States respectfully request that the Court judicially notice Exhibits A–H attached to the accompanying Declaration of Michael S. Cohen and cited in Plaintiff States' Statement of Undisputed Material Facts.

Dated: April 23, 2026                    Respectfully submitted.


**ROB BONTA**                            **ANDREA JOY CAMPBELL**
Attorney General of California           Attorney General of Massachusetts

By: */s/ Michael S. Cohen*               By: */s/ Vanessa A. Arslanian*
Michael S. Cohen*                        M. Patrick Moore (BBO No. 670323)
   *Deputy Attorney General*                *First Assistant Attorney General*
Thomas S. Patterson*                     Vanessa A. Arslanian (BBO No. 688099)
   *Senior Assistant Attorney General*      *State Trial Counsel*
Seth E. Goldstein*                       Jared B. Cohen (BBO No. 689217)
   *Supervising Deputy Attorney General* Jak Kundl (BBO No. 713951)
Anne P. Bellows*                            *Assistant Attorneys General*
Kevin L. Quade*                          One Ashburton Place
Lisa C. Ehrlich*                         Boston, MA 02108
Malcolm A. Brudigam*                     (617) 963-2107
Robert William Setrakian*                Vanessa.Arslanian@mass.gov
   *Deputy Attorneys General*            Pat.Moore@mass.gov
1300 I Street, P.O. Box 944255           Jared.B.Cohen@mass.gov
Sacramento, CA 95814                     Jak.Kundl@mass.gov
(916) 210-6090
Michael.Cohen@doj.ca.gov
Seth.Goldstein@doj.ca.gov                *Counsel for the Commonwealth of Massachusetts*
Anne.Bellows@doj.ca.gov
Kevin.Quade@doj.ca.gov
Lisa.Ehrlich@doj.ca.gov
Malcolm.Brudigam@doj.ca.gov
William.Setrakian@doj.ca.gov

*Counsel for the State of California*


**AARON FORD**                           **NICHOLAS W. BROWN**
Attorney General of Nevada               Attorney General of Washington

By: */s/ K. Brunetti Ireland*            By: */s/ Tera M. Heintz*
                                         Tera M. Heintz*
K. Brunetti Ireland*                     Cristina Sepe*
   *Chief of Special Litigation*         Karl D. Smith*
1 State of Nevada Way, Suite 100            *Deputy Solicitors General*
Las Vegas, NV 89119                      1125 Washington Street SE
(702) 486-9246                           PO Box 40100
KIreland@ag.nv.gov                       Olympia, WA 98504-0100
                                         (360) 753-6200
*Counsel for the State of Nevada*        tera.heintz@atg.wa.gov
                                         cristina.sepe@atg.wa.gov
                                         karl.smith@atg.wa.gov

                                         *Counsel for the State of Washington*


*(additional counsel on following page)*


6

**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Kara Karlson*
Kara Karlson*
Karen J. Hartman-Tellez*
Joshua M. Whitaker*
Syreeta Tyrell*
    *Assistant Attorneys General*
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-8118

*Counsel for the State of Arizona*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Maura Murphy*
Maura Murphy*
    *Deputy Associate Attorney General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of the State of
Delaware

By: */s/ Ian R. Liston*
Ian R. Liston*
    *Director of Impact Litigation*
Vanessa L. Kassab*
    *Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

*Counsel for the State of Delaware*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
    *Solicitor General*
Peter Baumann*
    *Senior Assistant Attorney General*
1300 Broadway
Denver, Colorado 80203
(720) 508-6400

*Counsel for the State of Colorado*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson*
    *Assistant Attorney General*
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6584

*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Erik Grill*
    *Assistant Attorneys General*
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659

*Counsel for the State of Michigan*

*(additional counsel on following page)*

7

**BRIAL L. SCHWALB**
Attorney General of the District of
Columbia

By: */s/ Eliza H. Simon*
Eliza H. Simon*
   *Senior Counsel*
400 6th St. NW
Washington, D.C. 20001
(202) 741-5221

*Counsel for the District of Columbia*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Angela Behrens*
Angela Behrens*
Allen Cook Barr*
   *Assistant Attorney General*
Lindsey E. Middlecamp*
   *Special Counsel*
445 Minnesota Street, Suite 600
St. Paul, MN, 55101
(651) 300-0711

*Counsel for the State of Minnesota*

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Vikas Didwania*
Vikas Didwania*
   *Complex Litigation Counsel*
Alex Hemmer*
   *Deputy Solicitor General*
Holly F.B. Berlin*
   *Assistant Attorney General*
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526

*Counsel for the State of Illinois*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
Joshua P. Bohn*
   *Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276

*Counsel for the State of New Jersey*

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Katherine W. Thompson*
Katherine W. Thompson*
   *Special Counsel*
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800

*Counsel for the State of Maine*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Bailey Colfax*
Bailey Colfax*
   *Assistant Attorney General*
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060

*Counsel for the State of New Mexico*

*(additional counsel on following page)*

**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
 *Special Trial Counsel*
Rabia Muqaddam*
 *Chief Counsel, Federal Initiatives*
28 Liberty Street
New York, NY 10005
(212) 416-6046

*Counsel for the State of New York*


**JEFF JACKSON**
Attorney General of North Carolina

Laura Howard
Chief Deputy Attorney General

By: */s/ Daniel P. Mosteller*
Daniel P. Mosteller*
 *Associate Deputy Attorney General*
114 W. Edenton Street
Raleigh, NC 27603

*Counsel for the State of North Carolina*


**DAN RAYFIELD**
Attorney General, State of Oregon

By: */s/ Thomas H. Castelli*
Thomas H. Castelli*
 *Special Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880

*Counsel for the State of Oregon*


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
 *Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153

*Counsel for the State of Vermont*


**JAY JONES**
Attorney General for the Commonwealth of Virginia

By: */s/ Tillman J. Breckenridge*
Tillman J. Breckenridge*
 *Solicitor General*
202 North Ninth Street
Richmond, VA 23219

*Counsel for the Commonwealth of Virginia*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Kyla Duffy*
Kyla Duffy*
 *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400

*Counsel for the State of Rhode Island*

*(additional counsel on following page)*

9

<table>
<tr><td>

**JOSHUA L. KAUL**
Attorney General for the State of
Wisconsin

By: */s/ Lynn Lodahl*
Lynn Lodahl*
   *Assistant Attorney General*
17 West Main Street
Madison, WI 53707-7857
(608) 264-6219

*Counsel for the State of Wisconsin*

</td><td>

**JOSH SHAPIRO**
Governor of the Commonwealth of Pennsylvania

By: */s/ Michael J. Fischer*
Michael J. Fischer*
Jacob B. Boyer*
   *Deputy General Counsel*
30 North Third Street, Suite 200
Harrisburg, PA 17101
(717) 831-2847

*Counsel for the Governor of the Commonwealth of Pennsylvania*

</td></tr>
</table>

*Admitted pro hac vice or pro hac vice applications forthcoming*

## CERTIFICATE OF SERVICE

I, Michael S. Cohen, hereby certify that I served a true copy of the above document upon all counsel of record via this Court's electronic filing system.

Dated:  April 23, 2026

/s/ Michael S. Cohen

Michael S. Cohen
Deputy Attorney General
*Counsel for the State of California*