AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-11581-IT |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plainitff State of Oregon                                                                 .

Date:     04/29/2026

/s/ Thomas H. Castelli
*Attorney's signature*

Thomas H. Castelli, OSB 226448
*Printed name and bar number*

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
*Address*

Thomas.Castelli@doj.oregon.gov
*E-mail address*

(503) 480-6387
*Telephone number*

*FAX number*