**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   Defendants. | No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   Defendants. | No. 1:26-cv-11581-IT |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* LOCAL
ELECTION OFFICIALS AND LOCAL GOVERNMENTS IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION
AND SUMMARY JUDGMENT**

Jonathan B. Miller (BBO #663012)
Alex M. Goldstein*
PUBLIC RIGHTS PROJECT
490 43rd Street, #115
Oakland, CA 94609
Phone: (510) 214-6960
jonathan.miller@publicrightsproject.org

*\*Pro hac vice application forthcoming*
*Counsel for Amici Curiae*

Proposed *Amici Curiae* Local Election Officials and Local Governments respectfully request for leave of the Court to file an *amicus* brief in support of Plaintiffs' Motions for a Preliminary Injunction and Summary Judgment. In furtherance of the motion, Proposed *Amici* state as follows:

1.      Proposed *amici* are local election officials, in their individual capacities, and local governments from 26 jurisdictions across the country.

2.      They support Plaintiffs' Motions for a Preliminary Injunction and Summary Judgment because, given their experience administering elections, they believe that Executive Order No. 14399 ("the Executive Order") will disrupt local election administration, subject *amici* to unnecessary legal and financial risks, and disenfranchise voters in jurisdictions that *amici* serve.

3.      The Court has authority to grant amicus status within its "sound discretion." *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970); *see also Portland Pipe Line Corp. v. City of S. Portland*, No. 2:15-CV-00054-JAW, 2017 WL 79948, at *4 (D. Me. Jan. 9, 2017) (granting leave to file amicus brief in a case where amicus briefs "represent third parties whose particular interests may be affected by the Court's ruling and whose particular interests are echoed in broader public interests").

4.      This *amici curiae* brief presents arguments that have not been fully addressed by Plaintiffs.

5.      The proposed brief will assist the Court in its consideration of the pending motions because local election officials and local governments, who are on the front lines of election administration, have deep knowledge of how elections operate and can explain how voters and election administration would be harmed by the implementation of the Executive Order.

6.      Among other things, the significant changes directed by the Executive Order would fall most heavily on local election officials with little time and significant unfunded responsibilities. Local election officials would be subject to criminal investigations and prosecutions and potential withholding of much-needed funding. The Executive Order would disrupt election administration and ultimately harm voters.

7.      Counsel for proposed *amici* have conferred with counsel for the parties. The motion is unopposed. Plaintiffs and Defendants consent to the filing of the brief.

8.      No party's counsel authored this brief in whole or part, and no party or its counsel contributed money to fund the preparation or submission of this brief.

9.      A true and correct copy of the proposed brief has been submitted with this motion.

**CONCLUSION**

For the foregoing reasons, Proposed *Amici* Local Election Officials and Local Governments respectfully request the Court grant the motion for leave to file the attached brief.

Dated: April 30, 2026                    Respectfully submitted,

                                        */s/ Jonathan B. Miller*
                                        Jonathan B. Miller (BBO #663012)
                                        Alex M. Goldstein *
                                        PUBLIC RIGHTS PROJECT
                                        490 43rd Street, Unit #115
                                        Oakland, CA 94609
                                        Phone: (510) 214-6960
                                        jonathan.miller@publicrightsproject.org
                                        alex.goldstein@publicrightsproject.org

                                        *\* Pro hac vice application forthcoming*

                                        *Counsel for Amici Curiae*

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was this day served on all counsel via the court's electronic service system.

/s/ Jonathan B. Miller
Jonathan B. Miller (BBO#663012)
Public Rights Project

Dated: April 30, 2026

3