## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LEAGUE OF WOMEN VOTERS OF
MASSACHUSETTS, *et al.*,

        Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

        Defendants.

No. 1:26-cv-11549-IT

STATE OF CALIFORNIA, *et al.*,

        Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

        Defendants.

No. 1:26-cv-11581-IT

**MOTION FOR ADMISSION *PRO HAC VICE* OF ALEX M. GOLDSTEIN**

Pursuant to Local Rule 83.5.3, I, Jonathan B. Miller (BBO#663012), a member of the bar

of this Court and counsel of record for *amici curiae* Local Election Officials and Local

Governments, hereby respectfully move for the admission *pro hac vice* of Alex Goldstein, a

member of the District of Columbia bar, to serve as co-counsel for *amici curiae* in this matter.

As set forth in the accompanying certification, Alex M. Goldstein (1) is a member in

good standing of the bar of every jurisdiction to which he has been admitted to practice, (2) is

not the subject of disciplinary proceedings pending in any jurisdictions in which he is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, it is respectfully requested that this Court should admit ALEX M. GOLDSTEIN as counsel *pro hac vice* for *amici* in the above-captioned case.

Dated: May 1, 2026                        Respectfully submitted,

*/s/ Jonathan B. Miller*

Jonathan B Miller (BBO #663012)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Phone: (510) 214-6960
jonathan.miller@publicrightsproject.org

*Counsel for Amici Curiae*

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

Dated: May 1, 2026                                    */s/ Jonathan B. Miller*
                                                      Jonathan B Miller (BBO #663012)
                                                      Public Rights Project