## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>     Defendants. | No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>     Defendants. | No. 1:26-cv-11581-IT |

**CERTIFICATION FOR ADMISSION *PRO HAC VICE* OF ALEX M. GOLDSTEIN**

In support of my application for admission *pro hac vice* in this matter, I Alex M. Goldstein state as follows:

1.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I am licensed to practice law and in good standing in the District of Columbia and in the United States District Court for the District of Columbia (90005086).

2.      I am not disbarred or suspended in any jurisdiction in which I am a member of the bar.

3.      I am not subject to any pending disciplinary action in any jurisdiction in which I am a member of the bar.

4.      I have no disciplinary dispositions.

5.      I have not previously had pro hac vice admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3.) revoked for misconduct.

6.      I am familiar and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

7.  My contact information is as follows:

> PUBLIC RIGHTS PROJECT
> 490 43rd Street, Unit 115
> Oakland, CA 94609
> (510) 214-6960
> alex.goldstein@publicrightsproject.org

I hereby certify under penalty of perjury that the foregoing is true and correct.

> */s/ Alex M. Goldstein*
> Alex M. Goldstein
> PUBLIC RIGHTS PROJECT
> 490 43rd Street, Unit 115
> Oakland, CA 94609
> (510) 214-6960
> alex.goldstein@publicrightsproject.org

Dated: May 1, 2026

2