**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, et al.,

     Plaintiffs,

        v.

DONALD J. TRUMP, in his official capacity as
President of the United States, et al.,

     Defendants.

Case No. 1:26-cv-11581

## MOTION FOR ADMISSION PRO HAC VICE OF
## ATTORNEY LYNN K. LODAHL

Pursuant to Local Rule 83.5.3, I, Jak Kundl, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby moves the admission *pro hac vice* of Attorney Lynn K. Lodahl, member of the bar of the State of Wisconsin, to serve as counsel for Plaintiff State of Wisconsin in this matter.

As set forth in the accompanying certifications, Attorney Lodahl (1) is a member in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which they are a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Attorney Lodahl *pro hac vice* to the bar of this Court.

May 5, 2026

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ *Jak Kundl*
Jak Kundl (BBO No. 713951)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
jak.kundl@mass.gov

*Counsel for the Commonwealth*
  *of Massachusetts*

2