**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 1:26-cv-11581 |

**CERTIFICATE OF LYNN K. LODAHL**

In support of my application for admission *pro hac vice* in this matter, I, Attorney Lynn K. Lodahl, hereby certify that:

1.    I am an Assistant Attorney General at the Wisconsin Department of Justice. I represent the State of Wisconsin in the above action.

2.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Wisconsin.

3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.    I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.    I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

2

May 5, 2026

/s/ *Lynn K. Lodahl*
Lynn K. Lodahl
Assistant Attorney General
17 West Main Street
Post Office Box 7857
Madison, WI 53707
(608) 264-6219
lynn.lodahl@wisdoj.gov

2