**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MAS-SACHUSETTS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:26-cv-11581-IT |

**<u>DEFENDANTS' MOTION TO DISMISS</u>**

For the reasons stated in the accompanying combined memorandum of law, Defendants hereby move to dismiss both above-captioned consolidated cases under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: May 7, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
 Senior Trial Counsel (D.C. Bar. No. 995500)
ESAM K. AL-SHAREFFI
 Trial Attorney (D.C. Bar No. 90010174)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

## Local Rule 7.1 Certification

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs prior to the filing of this motion, pursuant to Local Rule 7.1(a)(2). Counsel was unable to resolve or narrow the issues for review.  Plaintiffs oppose this motion.

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI