**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*, <br>            *Plaintiffs,* <br>     v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br>            *Defendants*. | No. 1:26-cv-11549-IT |
| CALIFORNIA, *et al.*, <br>            *Plaintiffs*, <br>     v. <br><br> DONALD J. TRUMP, President of the United States, *et al.*, <br>            *Defendants.* | No. 1:26-cv-11581-IT |

**[PROPOSED] ORDER**

Before the Court is Federation for American Immigration Reform's motion for leave to file a brief as *amicus curiae* in support of Defendants' motion to dismiss. For the reasons set forth by Movant, the motion is GRANTED.

SO ORDERED.

Dated this _____ day of _____, 2026

 

_____
HONORABLE INDIRA TALWANI
UNITED STATES DISTRICT JUDGE