UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, et al.,

Defendants.

CIVIL ACTION
NO. 1:26-cv-11581-IT

**NOTICE OF APPEARANCE**

Please enter on the docket my appearance as counsel for the plaintiff Commonwealth of

Massachusetts.

Respectfully submitted,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Michael Patrick Moore, Jr.
Michael Patrick Moore, Jr., BBO No. 670323
First Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Telephone:  (617) 963-2495
Fax:  (617) 727-5778
Email:  Pat.Moore@mass.gov

Date:   May 29, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, I filed the above document through the Electronic
Filing Service Provider (Provider) and a true copy was served upon all counsel of record via this
Court's electronic filing system.

/s/ Michael Patrick Moore, Jr.
Michael Patrick Moore, Jr.
First Assistant Attorney General