AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| STATE OF CALIFORNIA, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-011581-IT |
| DONALD TRUMP, in his offical capacity, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervener State of Missouri                                                                          .

Date:    06/01/2026

*/s/ Benjamin S. Gilberg*
*Attorney's signature*

Benjamin S. Gilberg #5941505NY
*Printed name and bar number*

Office of Missouri Attorney General
815 Olive Street, Suite #200
St. Louis, MO 63101
*Address*

Benjamin.Gilberg@ago.mo.gov
*E-mail address*

(573) 418-7271
*Telephone number*

(314) 340-7981
*FAX number*