AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| State of Californiann et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-11581-IT |
| Donald J. Trump et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wisconsin Democracy Campaign, EXPO of Wisconsin, Jaleyce Oraedu, Jasmine Oraedu, Aharon Shelef     .

Date:      06/01/2026

_____
*Attorney's signature*

Ruth M. Greenwood, Mass. State Bar No. 707247
*Printed name and bar number*

Mass. State Bar No. 707247
4105 Wasserstein Hall
6 Everett St.
Cambridge, Massachusetts 02138
*Address*

rgreenwood@law.harvard.edu
*E-mail address*

(617) 998-1010
*Telephone number*

_____
*FAX number*

| Print | Save As... | Reset |
|---|---|---|