AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| State of California, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-11581 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Rhode Island                                                                                               .

Date:      06/10/2026                                         /s/ Kyla Duffy
                                                              *Attorney's signature*

                                                              Kyla Duffy
                                                    *Printed name and bar number*
                                                          150 South Main St.
                                                        Providence, RI 02903


                                                              *Address*

                                                         kduffy@riag.ri.gov
                                                         *E-mail address*

                                                          (401) 274-4400
                                                         *Telephone number*

                                                          (401) 222-2995
                                                          *FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|