AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| STATE OF CALIFORNIA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-11581 |
| DONALD J. TRUMP, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Delaware                                                                                    .

Date:      06/17/2026                                          /s/ Ian R. Liston
                                                                          *Attorney's signature*


                                                              Ian R. Liston, pro hac vice
                                                           *Printed name and bar number*
                                                              820 N. French Street
                                                              Wilmington, DE 19801


                                                                          *Address*


                                                           Ian.Liston@delaware.gov
                                                                    *E-mail address*

                                                              (302) 683-8899
                                                                 *Telephone number*

                                                              (302) 577-6499
                                                                    *FAX number*