**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:26-cv-11581-IT |

## **NOTICE**

Federal Defendants in the above-captioned matters respectfully submit the following notice regarding recent developments in this matter:

Earlier today, pursuant to 5 U.S.C. § 552a(r), the Postal Service has provided advance notice of a proposed new General Privacy Act System of Records ("SORN") to coincide with its proposal to amend the *Mailing Standards of the United States Postal Service*, Domestic Mail Manual (DMM), regarding the transmission of mail-in or absentee ballots for federal elections. *See* U.S. Postal Service, *Proposed Rule: Ballot Mail for Federal Elections*, 91 Fed. Reg. 32,915 (June 2, 2026).   Pursuant to the statute, advance notice of the SORN was provided to the Committee on Oversight and Government Reform of the House of Representatives, the Committee

on Homeland Security & Governmental Affairs of the Senate, and the Office of Management and Budget.  Following that advance notice, the Postal Service will transmit the SORN to the Federal Register for publication.

The SORN will become effective on the latest of (1) 30 days from publication in the Federal Register of the notice, if no comments are received; (2) the publication date of the Postal Service's responses to comments received; or (3) the effective date of any final rule to amend the *Mailing Standards of the United States Postal* Service, Domestic Mail Manual (DMM), regarding the transmission of mail-in or absentee ballots for federal elections.  *See* U.S. Postal Service, *Proposed Rule: Ballot Mail for Federal Elections*, 91 Fed. Reg. 32,915 (June 2, 2026).  If the Postal Service does not issue any final rule in connection with that rulemaking, then the System of Record will not take effect.

Dated: June 18, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
D.C. Bar. No. 995500
*Chief Litigation Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Federal Defendants*