**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, *et al.*,

      Plaintiffs,

   v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

      Defendants.

Case No. 1:26-cv-11581-IT

**<u>NOTICE OF APPEAL</u>**

Federal Defendants hereby appeal to the United States Court of Appeals for the First Circuit from the Court's Opinion and Order issued on June 25, 2026 (ECF No. 191) and all prior orders incorporated into the Court's judgment, including the June 18, 2026 Opinion and Order (ECF No. 190).

- 1 -

- 2 -

Dated: July 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Esam K. Al-Shareffi
STEPHEN M. PEZZI
 Chief Litigation Counsel (D.C. Bar. 995500)
ESAM K. AL-SHAREFFI
 Trial Attorney (D.C. Bar 90010174)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Federal Defendants*