# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| |
|---|
| STATE OF CALIFORNIA, *et al.*, |
| Plaintiffs, |
| v. |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, |
| Defendants. |

Case No. 1:26-cv-11581-IT

## **DEFENDANTS' MOTION TO STAY**

For the reasons stated in the accompanying memorandum of law and pursuant to Federal Rule of Civil Procedure 62, Federal Defendants respectfully request that the Court stay the Injunction issued on June 25, 2026 (ECF No. 191) pending appeal.

- 1 -

Dated: July 1, 2026               Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Esam K. Al-Shareffi
STEPHEN M. PEZZI
 Chief Litigation Counsel (D.C. Bar 995500)
ESAM K. AL-SHAREFFI
 Trial Attorney (D.C. Bar 90010174)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Federal Defendants*

**Local Rule 7.1 Certification**

I hereby certify that counsel for Federal Defendants conferred with counsel for Plaintiffs prior to the filing of this motion, pursuant to Local Rule 7.1(a)(2). Counsel was unable to resolve or narrow the issues for review. Plaintiffs oppose this motion.

/s/ Esam K. Al-Shareffi
ESAM K. AL-SHAREFFI

- 2 -