# EXHIBIT A

**Declaration of Michael X. Mayhew (July 1, 2026)**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity<br>as President of the United States, *et al.*,<br><br>     Defendants. | Case No. 1:26-cv-11581-IT |

**SUPPLEMENTAL DECLARATION OF MICHAEL MAYHEW**

1.     My name is Michael Mayhew. I serve as Deputy Associate Director of the Immigration Records and Identity Services (IRIS) Directorate within U.S. Citizenship and Immigration Services (USCIS), which is a component of the Department of Homeland Security (DHS). I have served in this position since February 2022.  I previously provided declarations in the above-captioned matter, signed on May 1, 2026, and May 21, 2026.

2.     In my professional capacity as the Deputy Associate Director of IRIS, I am responsible for the management of USCIS's immigration records and identity services portfolio.

3.     The following declaration is based on my personal knowledge and information that I acquired in my official capacity and in the performance of my official functions.

4.     DHS and USCIS are in receipt of Executive Order 14,399, Ensuring Citizenship Verification and Integrity in Federal Elections, issued on March 31, 2026.

5.     Executive Order 14,399 requires USCIS to facilitate citizenship verification and enhance the integrity of federal elections, including helping to prevent non-citizens from voting, improving the

accuracy of voter eligibility records, and strengthening safeguards for mail-in and absentee ballot processes for all states.  I am also aware of this Court's recent Opinion and Order declaring Sections 2 and 3 of the Executive Order legally void, including enjoining DHS and USCIS from "taking any steps to create a new federal program to superintend and control Plaintiff States' maintenance of their voter rolls" as applied to the upcoming November 3, 2026 election or any earlier federal election for Plaintiff States.  I submit this declaration in support of Defendants' motion for stay of the Court's injunctive relief.

6.    In order to implement the E.O., USCIS must develop new technical infrastructure, including building out the capability to deliver USCIS/DOS/SSA citizenship data upon request by state election officials.

7.    The Court's order enjoins USCIS from implementing or otherwise giving effect to Sections 2 and 3 of E.O. 14,399 with regard to the Plaintiff states for elections prior to and including the November 3, 2026, federal election.

8.    In order to comply with the Court's order, Plaintiff states will be denied access to voter verification information that will be available to the non-Plaintiff states through the November 3, 2026, election.

9.    Further, USCIS is prohibited from establishing points of contact with the Plaintiff states to facilitate access to the portal and ensure a workable connection exists.

10.    Without a stay, USCIS will not be able to fully implement the E.O. in time for the upcoming elections.  Further, in the event the Court's order is stayed or vacated at some future date, USCIS will be required to expend additional resources and perform work under potentially tight timelines to fully implement the E.O. at that time.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that, as of the date of this

declaration, the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of July 2026 in Charleston, South Carolina.

MICHAEL X
MAYHEW

Digitally signed by
MICHAEL X MAYHEW
Date: 2026.07.01
19:36:33 -04'00'

MICHAEL X. MAYHEW
Deputy Associate Director
Immigration Records and Identity Services Directorate
United States Citizenship and Immigration Services

3