**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:          State of California et al v. Trump et al

District Court Number:          26cv11581-IT

Fee:    Paid?    Yes ____    No ____    Government filer __X__    *In Forma Pauperis* Yes ____    No ____

Motions Pending    Yes __X__ No ____          Sealed documents    Yes __X__ No ____
*If yes, document #*    193                    *If yes, document #*    160

*Ex parte* documents    Yes ____ No __X__          Transcripts    Yes __X__ No ____
*If yes, document #*    _____                *If yes, document #*    181

Notice of Appeal filed by: Plaintiff/Petitioner ____    Defendant/Respondent __X__    Other: ____

Appeal from:

## #190 Memorandum and Order, #191 Memorandum and Order
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #190, #191, and #192
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # ___192___ filed on___July 1, 2026___.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on ___July 2, 2026___.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**