# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

Defendants.

Case No. 1:26-cv-11581-IT

## STATUS REPORT

Pursuant to this Court's Order, *see* ECF No. 191 at 36-37, Federal Defendants respectfully submit this Status Report.

In compliance with the Court's Order, on or before July 2, 2026, Defendants United States Department of Justice, United States Department of Homeland Security[1], United States Social Security Administration, United States Department of Commerce, and the United States Postal Service[2] provided written notice of this Court's Order designed to reach all of their employees. Copies of these notices are provided as attachments to this Status Report.

---

[1] United States Department of Homeland Security employees encompass and include all United States Citizenship and Immigration Services employees.

[2] Postal Service field employees were notified via a "Stand-Up Talk," with a written copy of the notice posted in a prominent location or printed out for employees where practicable. Stand-Up talks serve as a primary communication method within the Postal Service to reach all employees, including those without a postal e-mail address.

- 1 -

- 2 -

Dated: July 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Esam K. Al-Shareffi
STEPHEN M. PEZZI
 Chief Litigation Counsel (D.C. Bar. 995500)
ESAM K. AL-SHAREFFI
 Trial Attorney (D.C. Bar 90010174)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Federal Defendants*