**Al-Shareffi, Esam K (CIV)**

| | |
|---|---|
| **From:** | The AAG for Administration |
| **Sent:** | Wednesday, July 1, 2026 12:55 PM |
| **To:** | The AAG for Administration |
| **Subject:** | Notice of Injunction to DOJ Employees: EO 14399 |
| **Attachments:** | 2026.06.30 DOJ Notice.pdf; 191 Memorandum Order  Injunction re EO 14399.pdf |

| | |
|---|---|
| **Importance:** | High |

DOJ Employees,

A federal judge has issued an injunction relating to the enforceability of Executive Order 14399, *Ensuring Citizenship Verification and Integrity in Federal Elections*.  Please see the attached Notice and the Memorandum and Order for additional information.

Regards,
Jolene


Jolene Ann Lauria
Assistant Attorney General
  for Administration