**Al-Shareffi, Esam K (CIV)**

| | |
|---|---|
| **From:** | ^Internal Communications <Internal.Communications@ssa.gov> |
| **Sent:** | Thursday, July 2, 2026 3:06 PM |
| **Subject:** | Notice of Order and Injunction Related to Executive Order 14399 |

A Message to All SSA Employees and Contractors

Subject: Notice of Order and Injunction Related to Executive Order 14399

**PLEASE READ: Notice of Order and Injunction Related to Executive Order 14399,** *Ensuring Citizenship Verification and Integrity in Federal Elections*

**Why am I receiving this notice?**
This notice informs SSA officers, agents, servants, and employees that, on June 25, 2026, the U.S. District Court for the District of Massachusetts issued an order impacting SSA in the case *State of California, et al. v. Trump, et al.* (Case No. 1:26-cv-11581), related to Executive Order (EO) 14399, *Ensuring Citizenship Verification and Integrity in Federal Elections* (published March 31, 2026). The Court is requiring that we issue this notice to all SSA employees and contractors.

**What if I took no actions related to this EO?**
If you took no actions related to this EO (including, but not limited to deliberative, planning, or implementation actions), no action is required, and you do not need to read further.

**What does the Order say and require?**

- Declares that EO Section 2, regarding the establishment and transmission of state citizenship lists and prioritization of investigations and prosecutions related to election fraud, and Section 3, regarding United States Postal Service rulemaking on mail-in and absentee ballots, are unlawful, null, and void; and that EO Section 5 is merely precatory, as to Plaintiff States with respect to the November 3, 2026, or any earlier federal election.

- Enjoins SSA and other Defendants (including officers, agents, servants, and employees) from implementing or giving effect to Sections 2 and 3 of the EO with respect to the November 3, 2026, or any earlier federal election in Plaintiff States. SSA is specifically enjoined from implementing, giving effect to, or enforcing Section 2 of the EO, including taking any steps to create a new federal program to superintend and control Plaintiff States' maintenance of their voter rolls. This injunction does not bar the federal government from verifying the citizenship or eligibility of any voter if the assistance is provided at the request of any State and within the framework provided by Congress.

- Requires SSA to take steps, in good faith and as necessary, to prevent explicit and implicit implementation of Sections 2, 3, and 5 of the EO, and to cease and reverse any implementation of those provisions as to Plaintiff States with respect to the November 3, 2026, or any earlier election.

**Do I have to comply with this Order?**
Yes. SSA and its officers, agents, servants, and employees are required to comply with this Order, under penalty of contempt.

**What if I took actions related to this EO?**
A previous litigation hold was issued to relevant staff involved in deliberations about this EO, requesting consultation with attorneys in Law and Policy on any actions or proposals to implement this EO. If you took any action related to this EO that was not already discussed with the attorneys on that litigation hold (including, but not limited to deliberative, planning, or implementation actions), please contact ^LP Controls to report what occurred. Please title all correspondence to ^LP Controls as "Response to Notice of Order and Injunction Related to Executive Order 14399."

**What if I am verifying the citizenship or eligibility of a voter at the request of a state within the framework provided by Congress?**
To ensure all agency verifications are permitted by law, please consult LP before verifying the citizenship or eligibility of a voter at the request of a state.

**What if I have questions or need to consult Law about this notice?**
Please direct any questions about this notice to ^LP Controls. Please title all correspondence to ^LP Controls as "Response to Notice of Order and Injunction Related to Executive Order 14399."