## Al-Shareffi, Esam K (CIV)

**From:** Broadcast, DOC <broadcast@doc.gov>
**Sent:** Wednesday, July 1, 2026 3:13 PM
**To:** Broadcast, DOC
**Cc:** BCAST-ALLDOC
**Subject:** Notice Regarding Preliminary Injunction

To:      All DOC Employees



## NOTICE REGARDING PRELIMINARY INJUNCTION

On June 25, 2026, the United States District Court ("Court") for the District of Massachusetts entered a final judgment that includes an injunction, as part of the civil lawsuit *State of California, et al. v. Donald J. Trump, et al.*, No. 1:26-cv-11581 (D. Mass.).  The lawsuit challenges the legality and implementation of Executive Order 14399, Ensuring Citizenship Verification and Integrity in Federal Elections (the "EO"), 91 Fed. Reg. 17125 (Mar. 31, 2026).  Plaintiffs are: Arizona, California, Colorado, Connecticut, Delaware, District of Columbia, Illinois, Pennsylvania, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Virginia, Washington, and Wisconsin ("Plaintiff States").  The Court's Memorandum & Order can be publicly accessed here.

The Court's Ruling

The Court has ORDERED and DECLARED that Sections 2 and 3 of Executive Order 14399 are legally void as they are ultra vires and unconstitutionally violate the separation of powers, and that Section 5 of the EO is merely precatory, as to Plaintiff States with respect to the November 3, 2026 or any earlier federal election.  The Department of Commerce and its officers, agents, servants, and employees are required to comply with this Order, under penalty of contempt.

In addition, the Court issued an injunction as to agencies' implementation and giving effect to Sections 2 and 3 of the EO.  The injunction only applies with respect to the November 3, 2026 or any earlier federal election in the Plaintiff States.  Specifically:

- **Defendants United States Department of Justice, Acting Attorney General Todd Blanche, United States Department of Homeland Security, Secretary Markwayne Mullin, United States Citizenship and Immigration Services, Director Joseph B. Edlow, United States Social Security Administration, Commissioner Frank Bisignano, United States Department of Commerce, and Secretary Howard Lutnick,** including their officers, agents, servants, and employees, are enjoined from implementing, giving effect to, or enforcing Section 2 of the EO as to Plaintiff States with respect to the November 3, 2026 or any earlier federal election, including taking any steps to create a new federal program to superintend and control Plaintiff States' maintenance of their voter rolls; or initiating any investigation or prosecution of Plaintiff States, their officials, local officials, or agents of such state or local officials involved in the administration of federal elections within Plaintiff States, stemming from the unconstitutional provisions in Section 2 of the EO.  This injunction does not bar the federal government from providing assistance with verifying the citizenship or eligibility of any voter if the assistance is provided at the request of any State and within the framework provided by Congress.

- **All Defendants, other than the President,** are ORDERED that they must, in good faith, take such steps as are necessary to prevent explicit or implicit implementation of Sections 2, 3 and 5 of the EO, and to cease and reverse any implementation of those provisions, as to Plaintiff States, with respect to the November 3, 2026 or any earlier federal election.

Communications

Please send any questions about compliance to the Commerce Office of the General Counsel personnel listed below.

Adam Chandler

Assistant General Counsel for Employment, Litigation, and Information

achandler@doc.gov

Rebecca Hekman, Senior Counsel for Complex Federal Litigation

rhekman@doc.gov

*This message was authorized by the Office of the General Counsel.*

*Please do not reply to this message. The broadcast email account is not monitored for incoming email.*

2