| | |
|---|---|
| **From:** | Direct_Line - Washington, DC |
| **To:** | Direct_Line - Washington, DC |
| **Subject:** | July 2, 2026 -- Postal Service providing mandatory notice of court order |
| **Date:** | Thursday, July 2, 2026 2:02:07 PM |

U.S. POSTAL SERVICE

# Direct Line

From General Counsel Keith Weidner
July 2, 2026

# Postal Service providing mandatory notice of court order

You may have heard or seen recent news reports about the handling of Election Mail, going back to March 31, when a presidential executive order was issued. In the order, the Postal Service was directed to initiate a proposed rulemaking regarding federal election ballot mail. The Postal Service published a proposed rule on June 2 consistent with that order.

After the executive order was issued, 23 states and the District of Columbia filed a civil lawsuit challenging its legality and implementation, including its directive to the Postal Service. Last week, a judgement was issued in the case, declaring the section addressing the Postal Service legally void. An injunction was also issued, limiting implementation of the executive order with respect to a subset of states for the upcoming General Election.

Among other items, the order directs the Postal Service to communicate the content of the order to all employees. This Direct Line is intended to do so, and to provide guidance on the impact of the court order on the Postal Service. A copy of the Court's Order is available online.

The Postal Service and its employees are required to comply with the court's order, under penalty of contempt.

The Postal Service must continue to transmit and deliver any mail-in or absentee ballots presented for mailing, consistent with our current guidance on delivery of Election Mail.

The Postal Service may continue to provide non-binding guidance on mailpiece design and recommend best practices consistent with the current Official Election Mail Guide.

The Postal Service is continuing to evaluate its legal obligations under this order and injunction and will circulate updates as necessary.

Thank you for your attention to this matter.

**Do not reply to this email**.