# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:  State of California et al v. Trump et al

District Court Number:  26cv11581-IT

Fee:    Paid?   Yes __X__  No _____   Government filer _____   *In Forma Pauperis* Yes _____   No _____

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No _____ | Sealed documents | Yes __X__ No _____ |
| *If yes, document #* | 193, 202 | *If yes, document #* | 160 |
| *Ex parte* documents | Yes _____ No __X__ | Transcripts | Yes __X__ No _____ |
| *If yes, document #* | | *If yes, document #* | 181 |

Notice of Appeal filed by: Plaintiff/Petitioner _____   Defendant/Respondent _____   Other: __X__

Appeal from:

## #191 Memorandum and Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #191 and #201

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __201__ filed on __July 2, 2026__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __July 6, 2026__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**