**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>     *Plaintiffs,*<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>     *Defendants*,<br>   and<br>STATE OF MISSOURI, et al.,<br><br><br>     *Intervenor-Defendants*. | Case No. 1:26-cv-11581-IT |

**PLAINTIFF STATES' OPPOSITION TO INTERVENOR STATES'
MOTION FOR A STAY PENDING APPEAL**

On June 2, 2026, Intervenor States filed a motion to stay this Court's injunction against Federal Defendants pending appeal. The motion argues that Plaintiff States' claims are unripe, Doc. No. 203 at 9–12; that Plaintiff States suffer no harm from Section 2(a) of the EO, *id.* at 12–14; that the Court's injunction of Section 3(b) of the EO unconstitutionally inhibits the President from directing a federal agency, *id.* at 14–15; that Intervenor States will suffer irreparable harm absent a stay, *id.* at 15–16; and that the equities and public interest favor a stay, *id.* at 16–17.

Plaintiff States have addressed these arguments in their previous briefing and opposition to Federal Defendants' stay motion, which Plaintiff States incorporate here. *See* Doc. No. 106 at 19–31 (merits), 31–38 (standing and ripeness); Doc. No. 163 at 11–23 (standing and ripeness), 27–36 (merits); Doc. No. 200 (stay factors, ripeness, and equities). The Court has likewise already considered the Intervenor States' positions and rejected them as needed. *See* Doc. No. 190 at 17 (finding claims ripe through November 3, 2026 General Election); Doc. No. 191 at 13–17 (finding standing satisfied through November 3, 2026 General Election), 17–32 (concluding Plaintiff States had established that Sections 2 and 3 of the EO are unlawful).

2

For the reasons articulated in Plaintiff States' earlier briefing and this Court's orders, Intervenor States have not met their burden to obtain the extraordinary relief of a stay pending appeal. They have not demonstrated that they are likely to prevail on the merits of this action, nor that the equities favor a stay of this Court's injunction. Accordingly, the Court should deny Intervenor States' motion. If the Court requests, Plaintiff States will provide further briefing in response to Intervenor States' motion.

Dated: July 7, 2026

Respectfully submitted.

**ROB BONTA**
Attorney General of California

By: */s/ Michael S. Cohen*
Michael S. Cohen*
     *Deputy Attorney General*
Thomas S. Patterson*
     *Senior Assistant Attorney General*
Seth E. Goldstein*
     *Supervising Deputy Attorney General*
Anne P. Bellows*
Kevin L. Quade*
Lisa C. Ehrlich*
Malcolm A. Brudigam*
Robert William Setrakian*
     *Deputy Attorneys General*
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
(916) 210-6090
Michael.Cohen@doj.ca.gov
Seth.Goldstein@doj.ca.gov
Anne.Bellows@doj.ca.gov
Kevin.Quade@doj.ca.gov
Lisa.Ehrlich@doj.ca.gov
Malcolm.Brudigam@doj.ca.gov
William.Setrakian@doj.ca.gov

*Counsel for the State of California*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ Vanessa A. Arslanian*
M. Patrick Moore, Jr. (BBO No. 670323)
     *First Assistant Attorney General*
Vanessa A. Arslanian (BBO No. 688099)
     *State Trial Counsel*
Jared B. Cohen (BBO No. 689217)
Jak Kundl (BBO No. 713951)
     *Assistant Attorneys General*
One Ashburton Place
Boston, MA 02108
(617) 963-2107
Vanessa.Arslanian@mass.gov
Pat.Moore@mass.gov
Jared.B.Cohen@mass.gov
Jak.Kundl@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**AARON FORD**
Attorney General of Nevada

By: */s/ K. Brunetti Ireland*

K. Brunetti Ireland*
     *Chief of Special Litigation*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
KIreland@ag.nv.gov

*Counsel for the State of Nevada*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ Tera M. Heintz*
Tera M. Heintz*
Cristina Sepe*
Karl D. Smith*
     *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov
karl.smith@atg.wa.gov

*Counsel for the State of Washington*

*(additional counsel on following page)*

3

**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Kara Karlson*
Kara Karlson*
Karen J. Hartman-Tellez*
Joshua M. Whitaker*
Syreeta Tyrell*
  *Assistant Attorneys General*
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-8118

*Counsel for the State of Arizona*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
  *Solicitor General*
Peter Baumann*
  *Senior Assistant Attorney General*
1300 Broadway
Denver, Colorado 80203
(720) 508-6400

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Maura Murphy*
Maura Murphy*
  *Deputy Associate Attorney General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020

*Counsel for the State of Connecticut*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson*
  *Assistant Attorney General*
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6584

*Counsel for the State of Maryland*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

*Counsel for the State of Delaware*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Erik Grill*
  *Assistant Attorneys General*
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659

*Counsel for the State of Michigan*

*(additional counsel on following page)*

4

**BRIAL L. SCHWALB**
Attorney General of the District of Columbia

By: */s/ Eliza H. Simon*
Eliza H. Simon*
    *Senior Counsel*
400 6th St. NW
Washington, D.C. 20001
(202) 741-5221

*Counsel for the District of Columbia*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Angela Behrens*
Angela Behrens*
Allen Cook Barr*
    *Assistant Attorney General*
Lindsey E. Middlecamp*
    *Special Counsel*
445 Minnesota Street, Suite 600
St. Paul, MN, 55101
(651) 300-0711

*Counsel for the State of Minnesota*

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Vikas Didwania*
Vikas Didwania*
    *Complex Litigation Counsel*
Alex Hemmer*
    *Deputy Solicitor General*
Holly F.B. Berlin*
    *Assistant Attorney General*
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526

*Counsel for the State of Illinois*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
Joshua P. Bohn*
    *Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276

*Counsel for the State of New Jersey*

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Katherine W. Thompson*
Katherine W. Thompson*
    *Special Counsel*
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800

*Counsel for the State of Maine*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Bailey Colfax*
Bailey Colfax*
    *Assistant Attorney General*
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060

*Counsel for the State of New Mexico*

*(additional counsel on following page)*

**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
   *Special Trial Counsel*
Rabia Muqaddam*
   *Chief Counsel, Federal Initiatives*
28 Liberty Street
New York, NY 10005
(212) 416-6046

*Counsel for the State of New York*


**JEFF JACKSON**
Attorney General of North Carolina

Laura Howard
Chief Deputy Attorney General

By: */s/ Daniel P. Mosteller*
Daniel P. Mosteller*
   *Associate Deputy Attorney General*
114 W. Edenton Street
Raleigh, NC 27603

*Counsel for the State of North Carolina*


**DAN RAYFIELD**
Attorney General, State of Oregon

By: */s/ Thomas H. Castelli*
Thomas H. Castelli*
   *Special Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880

*Counsel for the State of Oregon*


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
   *Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153

*Counsel for the State of Vermont*


**JAY JONES**
Attorney General for the Commonwealth of Virginia

By: */s/ Tillman J. Breckenridge*
Tillman J. Breckenridge*
   *Solicitor General*
202 North Ninth Street
Richmond, VA 23219

*Counsel for the Commonwealth of Virginia*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Kyla Duffy*
Kyla Duffy*
   *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400

*Counsel for the State of Rhode Island*

*(additional counsel on following page)*

6

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Lynn Lodahl*
Lynn Lodahl*
    *Assistant Attorney General*
17 West Main Street
Madison, WI 53707-7857
(608) 264-6219

*Counsel for the State of Wisconsin*

**JOSH SHAPIRO**
Governor of the Commonwealth of Pennsylvania

By: */s/ Michael J. Fischer*
Michael J. Fischer*
Jacob B. Boyer*
    *Deputy General Counsel*
30 North Third Street, Suite 200
Harrisburg, PA 17101
(717) 831-2847

*Counsel for the Governor of the Commonwealth of Pennsylvania*

*\*Admitted pro hac vice or pro hac vice applications forthcoming*

7