# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LEAGUE OF WOMEN VOTERS OF
MASSACHUSETTS, *et al.*,

      Plaintiffs,

      v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

      Defendants.

Case No. 1:26-cv-11549-IT

STATE OF CALIFORNIA, *et al.*,

      Plaintiffs,

      v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

      Defendants.

Case No. 1:26-cv-11581-IT

## NOTICE

Federal Defendants in the above-captioned matters respectfully submit the following notice regarding recent developments in this matter:

On June 18, 2026, pursuant to 5 U.S.C. § 552a(r), the Postal Service provided advance notice of a proposed new General Privacy Act System of Records ("SORN") to coincide with its proposal to amend the *Mailing Standards of the United States Postal Service*, Domestic Mail Manual (DMM), regarding the transmission of mail-in or absentee ballots for federal elections. *See* ECF No. 189.

Earlier today, that SORN was made available for public inspection ahead of formal publication at: federalregister.gov/public-inspection/2026-14508/privacy-act-systems-of-records.

Formal publication is scheduled to occur on July 17, 2026.  In addition to stating that the System of Record will not take effect until a final rule amending the DMM is published, the SORN expressly acknowledges that the proposed rule is the subject of active litigation and provides that a final rule will not be published unless and until the government obtains relief from all relevant injunctions.

Dated: July 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
D.C. Bar. No. 995500
 *Chief Litigation Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
 *Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Federal Defendants*